# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor                    Case No. 24-02317-JAW
                                                        CHAPTER 13

## **NOTICE**

Debtor has filed papers with the court to be Employ Counsel.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: May 9, 2025.        Signature:        /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor                    Case No. 24-02317-JAW
                                                                                    CHAPTER 12

### APPLICATION OF DEBTOR TO EMPLOY COUNSEL

COMES NOW, Kevin Alton Walton (the "Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor. In support of this application, the Debtor states as follows:

1. On October 4, 2024, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi.

2. The Debtor wishes to employ Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as its attorney once the case is converted to chapter 12.

3. The professional services to be rendered by Mr. Rollins include, but are not limited to, advising the Debtor on all matters which are now anticipated to arise in the functioning of this proceeding.

4. Mr. Rollins is competent to represent the Debtor in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtor's knowledge, Mr. Rollins has no adverse interest to the Debtor or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for Mr. Rollins are as follows:

    a. Mr. Rollins' hourly rate is $360 per hour;

    b. Paralegals will bill at $155 per hour;

    c. Legal assistants will bill at $100 per hour;

7. Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8. The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval. 11 U.S.C. § 327(a)

9. The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matters.

10. The employment of Mr. Rollins is necessary and in the best interests of the Debtor and the estate to ensure proper representation throughout the Chapter 12 proceedings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

A. Authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor;

B. Approving the terms of employment as set forth in this application; and

C. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Kevin Alton Walton, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Its Attorney

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor             Case No. 24-02317-JAW
                                                CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, Thomas C. Rollins, Jr., being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of Kevin Alton Walton (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in the above-captioned Chapter 13 case (the "Case"). This Case was filed on October 4, 2024, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I am to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). The Firm, its partners, of counsel, and associates:
   a. are not creditors, equity security holders, or insiders of the Debtor;
   b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and
   c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 9th day of May, 2025

X _____

By: Thomas Rollins

SWORN TO AND SUBSCRIBED BEFORE ME, this the 9th day of May, 2025.

_____
NOTARY PUBLIC

(Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID# 494098, SHATON ANDREWS, Commission Expires Jan. 7, 2029, RANKIN COUNTY)

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on May 12, 2025, to:

By USPS First Class Mail:

    Kevin Alton Walton
    318 Shady Lane
    Vicksburg, MS 39180

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-02317 |
|---|---|
| KEVIN ALTON WALTON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 5/12/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/12/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>KEVIN ALTON WALTON | CASE NO: 24-02317<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 5/12/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| DEBTOR | CASE INFO | |
|---|---|---|
| KEVIN ALTON WALTON<br>318 SHADY LANE<br>VICKSBURG MS 39180 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-02317<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON MAY 12 12-19-56 PST 2025 | ALLY CAPITAL CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| JOHN DEERE CONSTRUCTION FORESTRY<br>COMPANY<br>CO LES ALVIS<br>PO BOX 1836<br>207 COURT STREET<br>TUPELO MS 38804-3907 | US SMALL BUSINESS<br>332 S MICHIGAN AVE STE 600<br>CHICAGO IL 60604-4318 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ |
| 1STHERITAG<br>1651 ST MARY STREET<br>THIBODAUX LA 70301-6491 | ACCEPTANCENOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DRIVE<br>PLANO TX 75024-5837 | ADVANCED RECOVERY SYSTEMS<br>PO BOX 321472<br>FLOWOOD MS 39232-1472 |
| ALLY CAPITAL<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)ALLY CAPITAL CO AIS PORTFOLIO~~<br>~~SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 |
| (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | ~~EXCLUDE~~<br>~~(D)(P)AMERICAN HONDA FINANCE~~<br>~~P O BOX 168088~~<br>~~IRVING TX 75016-8088~~ | CAPITAL ONE<br>ATTN BNAKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CHASE AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 901076<br>FORT WORTH TX 76101-2076 | DEPARTMENT OF TREASURY<br>IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| FIRST HERITAGE<br>2480 S FRONTAGE ROAD<br>VICKSBURG MS 39180-5251 | FORA FINANCIAL<br>1385 BROADWAY 15TH FL<br>NEW YORK NY 10018-6015 | FORA FINANCIAL ASSET SECURITIZATION<br>2021 LL<br>CO AUBREY THRASHER LLC<br>3050 PEACHTREE ROAD NW SUITE 240<br>ATLANTA GA 30305-2212 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>CO US ATTORNEY<br>501 E COURT STE 4430<br>JACKSON MS 39201-5025 | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 29505 AZ1-5757<br>PHOENIX AZ 85038-9505 |
| JOHN DEERE CONSTRUCTION FORESTRY<br>COMPANY<br>CO LES ALVIS<br>PO BOX 1836<br>TUPELO MS 38802-1836 | (P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | KUBOTA CREDIT CORP USA<br>ATTN BANKRUPTCY<br>PO BOX 2048<br>GRAPEVINE TX 76099 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
LES ALVIS  ESQ                       RIVER HILLS BANK                     RIVER HLS BK
RILEY CALDWELL CORK  ALVIS PA        POST OFFICE BOX 608                  POB 608
FOR JOHN DEERE CONSTRUCTION  FORESTRY C   PORT GIBSON  MS 39150-0608      PORT GIBSON  MS 39150-0608
P O BOX 1836
TUPELO  MS 38802-1836



SBA                                  SBA                                  SMALL BUSINESS ADMINISTRATION
US ATTORNEY                          CO US AG                             233 PEACHTREE ST  NE  STE 300
501 E COURT ST STE 44                950 PENNSYLVANIA AVENW               ATLANTA  GA 30303-1553
JACKSON  MS 39201-5022               WASHINGTON  DC 20530-0009



                                                                          EXCLUDE
TRANSWORLD SYSTEM INC                (P)U S  SMALL BUSINESS ADMINISTRATION   UNITED STATES TRUSTEE
ATTN BANKRUPTCY                      ATTN BK NOTICES                      501 EAST COURT STREET
PO BOX 15520                         332 S MICHIGAN AVE SUITE 600         SUITE 6-430
WILMINGTON  DE 19850-5520            CHICAGO IL 60604-4318                JACKSON  MS 39201-5022



WELLS FARGOFURNITURE MARKETING GROUP   ALLISON W KILLEBREW                GEORGE ADAM SANFORD
ATTN BANKRUPTCY                      MCRANEY SANFORD KILLEBREW  PLLC      MCRANEY SANFORD KILLEBREW  PLLC
PO BOX 10438 MAC F8235-02F           PO DRAWER 1397                       POST OFFICE DRAWER 1397
DES MOINES  IA 50306-0438            CLINTON  MS 39060-1397               CLINTON  MS 39060-1397



EXCLUDE                              DEBTOR

HAROLD J BARKLEY JR                  KEVIN ALTON WALTON
PO BOX 4476                          318 SHADY LANE
JACKSON  MS 39296-4476               VICKSBURG  MS 39180-5650
```