___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO:** |
| **Kevin Walton** | **24-02317-JAW** |

### ORDER WITHDRAWING OBJECTION TO PROOF OF CLAIM
### OF U.S. SMALL BUSINESS ADMINISTRATION

**THIS MATTER** came before the Court on Debtor's Objection to the Proof of Claim of U.S. Small Business Administration (Clm #4) (Doc. 45) and Response (Doc. 50) filed by U.S. Small Business. After several reset hearings and a motion to convert to chapter 12, Debtor requested to withdraw said objection. Accordingly,

**IT IS THEREFORE ORDERED** that Debtor's Objection to the Proof of Claim of U.S. Small Business Administration (Clm #4) (Doc. 45) shall be and is hereby withdrawn.

###END OF ORDER###

PREPARED BY:
G. Adam Sanford, MSB No. 103482
McRANEY SANFORD KILLEBREW, PLLC
Post Office Drawer 1397
Clinton, MS 39060
Telephone No. 601-924-5961
Fax: 601-924-1516
adam@mcraneymcraney.com