

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 16, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| KEVIN ALTON WALTON | 24 – 02317 – JAW |

## ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Moton to Dismiss [DK #31] and the Debtor's Response [DK #36] and on the Trustee's Objection to Confirmation [DK #33]; and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.

THAT, the Trustee's Objection to Confirmation is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM