United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-02317-JAW
Kevin Alton Walton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: May 16, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Alton Walton, 318 Shady Lane, Vicksburg, MS 39180-5650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison W. Killebrew | on behalf of Debtor Kevin Alton Walton allisonwkillebrew@gmail.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Andrew Roberts Norwood | on behalf of Creditor US Small Business drew.norwood@usdoj.gov karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov |
| George Adam Sanford | on behalf of Debtor Kevin Alton Walton adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Les Alvis | on behalf of Creditor John Deere Construction & Forestry Company lalvis@rccalaw.com lesalvis@comcast.net |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 16, 2025 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Debtor Kevin Alton Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 16, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

KEVIN ALTON WALTON

CHAPTER 13 NO.:

24 – 02317 – JAW

## O R D E R

THIS CAUSE came before this Honorable Court on the Trustee's Moton to Dismiss [DK #31] and the Debtor's Response [DK #36] and on the Trustee's Objection to Confirmation [DK #33]; and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.

THAT, the Trustee's Objection to Confirmation is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

*Justin B. Jones*

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM