_____



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 22, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor    Case No. 24-02317-JAW
                                        **CHAPTER 12**

### ORDER ON MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 12

This matter came before the Court upon the Debtor's Motion to Convert Case from Chapter 13 to Chapter 12 [Dkt. #59] (the "Motion"),. The Court, having considered the Motion and the agreement of the parties, finds that good cause exists to grant the Motion, and that the parties, including John Deere Construction & Forestry Company ("John Deere"), have agreed to the following terms:

IT IS HEREBY ORDERED:

1. The Debtor's Motion to Convert this case from Chapter 13 to Chapter 12 is GRANTED.

2. The treatment of John Deere's claims and interests in this case is comprehensively governed by that certain Agreed Order Resolving Objection to Confirmation of Chapter 13 Plan and Motions for Valuation and Lien Avoidance [Dkt. #37] (the "Agreed Order"). John Deere consents to the conversion on the express condition, and the Court orders, that:

    a. The Agreed Order shall remain in full force and effect and continue to control the treatment of John Deere's claims and interests in the converted Chapter 12 case, for all purposes and without interruption;

b. All references in the Agreed Order to the "Plan" shall be deemed to refer to any proposed or confirmed plan in the converted Chapter 12 case;

c. All references in the Agreed Order to the "Chapter 13 Trustee" shall be deemed to refer to the Chapter 12 Trustee in the converted case;

d. Upon conversion, the Chapter 13 Trustee shall pay to John Deere all amounts due under Paragraph (G) of the Agreed Order as of the date of conversion; and

e. Upon conversion, all remaining funds in the hands of the Chapter 13 Trustee shall be transferred to the Chapter 12 Trustee.

#END OF ORDER#

Agreed by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., Bar Number 103469
Attorney for Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

/s/ Les Alvis
Les Alvis, Bar Number 1548
Attorney for John Deere
207 Court Street
Post Office Box 1836
Tupelo, Mississippi 38802-1836
(662) 842-8945
lalvis@rccalaw.com

/s/ Justin B. Jones
Justin B. Jones, Bar Number 103295
Attorney for Harold Barkley
Chapter 13 Trustee
Post Office Box 4476
Jackson, Mississippi 39296-4476
(601) 362-6161
jjones@hbarkley13.com

/s/ G. Adam Sanford
G. Adam Sanford, Bar Number 103482
Attorney for Debtor
McRaney & McRaney
Post Office Drawer 1397
Clinton, Mississippi 39060
(601) 924-5961
adam@mcraneymcraney.com