2M

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: KEVIN ALTON WALTON     Case No.: 24-02317-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Harold J. Barkley,Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2024.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 05/22/2025.
6) Number of months from filing or conversion to last payment: 5.
7) Number of months case was pending: 7.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 3,817.79.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $24,568.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $24,568.00 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $14,406.55 | |
| Trustee Expenses and Compensation: | $2,456.80 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $16,863.35 |

Attorney fees paid and disclosed by debtor:    $687.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACCEPTANCE NOW | Secured | NA | NA | NA | .00 | .00 |
| ADVANCE RECOVERY SYSTEMS | Unsecured | 36.00 | NA | NA | .00 | .00 |
| AIS PORTFOLIO SERVICES LLC | Unsecured | NA | NA | NA | .00 | .00 |
| ALLY CAPITAL | Secured | 54,677.00 | 60,901.59 | 60,901.59 | .00 | .00 |
| AMERICAN HONDA FINANCE CORP | Secured | 11,803.00 | 12,078.10 | 12,078.10 | .00 | .00 |
| CAPITAL ONE, N.A. | Unsecured | 4,124.00 | 4,124.63 | 4,124.63 | .00 | .00 |
| CHASE AUTO FINANCE | Secured | 5,124.00 | NA | NA | .00 | .00 |
| Department of Treasury - | Priority | 5,335.21 | 78,450.65 | 61,758.95 | .00 | .00 |
| Department of Treasury - | Unsecured | NA | 16,691.70 | 16,691.70 | .00 | .00 |
| FIRST HERITAGE CREDIT | Secured | NA | NA | NA | .00 | .00 |
| FIRST HERTIAGE CREDIT | Secured | 10,984.00 | NA | NA | .00 | .00 |
| FORA FINANCIAL ASSET SECURITIZATI( | Unsecured | 14,000.00 | 11,162.80 | 11,162.80 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re: KEVIN ALTON WALTON  
Debtor(s)

Case No.: 24-02317-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JOHN DEERE CONSTRUCTION & FORE: | Secured | 181,403.05 | 171,791.58 | 172,097.83 | .00 | .00 |
| JOHN DEERE CONSTRUCTION & FORE: | Secured | 39,303.38 | 42,391.47 | 42,697.72 | .00 | .00 |
| JOHN DEERE CONSTRUCTION & FORE: | Secured | 117,653.84 | 111,827.95 | 112,134.20 | .00 | .00 |
| JOHN DEERE CONSTRUCTION & FORE: | Secured | 69,060.56 | 67,434.68 | 67,740.93 | .00 | .00 |
| JOHN DEERE CONSTRUCTION & FORE: | Secured | NA | 7,704.65 | 7,704.65 | 7,704.65 | .00 |
| JPMORGAN CHASE BANK, N.A. | Secured | 28,929.99 | 25,478.62 | 22,000.00 | .00 | .00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | NA | 3,478.62 | 3,478.62 | .00 | .00 |
| KUBOTA CREDIT CORP | Unsecured | 41,368.00 | NA | NA | .00 | .00 |
| LES ALVIS, ESQ. FOR DEERE & CO. | Unsecured | NA | NA | NA | .00 | .00 |
| RIVERHILLS BANK | Secured | 28,732.25 | NA | NA | .00 | .00 |
| RIVERHILLS BANK | Secured | 5,482.21 | NA | NA | .00 | .00 |
| RIVERHILLS BANK | Secured | 51,481.76 | NA | NA | .00 | .00 |
| RIVERHILLS BANK | Unsecured | 50,000.00 | NA | NA | .00 | .00 |
| SBA | Secured | NA | NA | NA | .00 | .00 |
| SBA | Secured | NA | NA | NA | .00 | .00 |
| SMALL BUSINESS ADMINISTRATION | Secured | NA | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | Unsecured | 1,500.00 | NA | NA | .00 | .00 |
| U.S. SMALL BUSINESS ADMINISTRATIOI | Unsecured | 500,000.00 | 564,527.37 | 564,527.37 | .00 | .00 |
| US ATTORNEY GENERAL | Secured | NA | NA | NA | .00 | .00 |

2M

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: KEVIN ALTON WALTON                                              Case No.: 24-02317-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | Unsecured | 669.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 94,979.69 | .00 | .00 |
| All Other Secured: | 402,375.33 | 7,704.65 | .00 |
| **TOTAL SECURED:** | 497,355.02 | 7,704.65 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 61,758.95 | .00 | .00 |
| **TOTAL PRIORITY:** | 61,758.95 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 599,985.12 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $16,863.35 | |
| Disbursements to Creditors: | $7,704.65 | |
| **TOTAL DISBURSEMENTS:** | | $24,568.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 05/23/2025                           By: /s/Harold J. Barkley, Jr.
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.