United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                  Case No. 24-02317-JAW
Kevin Alton Walton                                                                        Chapter 12
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                    User: mssbad                                        Page 1 of 2
Date Rcvd: May 22, 2025                          Form ID: pdf012                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

**Recip ID**               **Recipient Name and Address**
db                       + Kevin Alton Walton, 318 Shady Lane, Vicksburg, MS 39180-5650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025                                            Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

**Name**                                **Email Address**
Allison W. Killebrew
                                             on behalf of Debtor Kevin Alton Walton allisonwkillebrew@gmail.com
                                             mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com

Andrew Roberts Norwood
                                             on behalf of Creditor US Small Business drew.norwood@usdoj.gov  karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov

George Adam Sanford
                                             on behalf of Debtor Kevin Alton Walton adam@mcraneymcraney.com
                                             mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com

Harold J. Barkley T12, Jr
                                             HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                                             HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Les Alvis

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor John Deere Construction & Forestry Company lalvis@rccalaw.com  lesalvis@comcast.net

Thomas Carl Rollins, Jr

on behalf of Debtor Kevin Alton Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 22, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor                              Case No. 24-02317-JAW
                                                                  **CHAPTER 12**

### ORDER ON MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 12

This matter came before the Court upon the Debtor's Motion to Convert Case from Chapter 13 to Chapter 12 [Dkt. #59] (the "Motion"),. The Court, having considered the Motion and the agreement of the parties, finds that good cause exists to grant the Motion, and that the parties, including John Deere Construction & Forestry Company ("John Deere"), have agreed to the following terms:

IT IS HEREBY ORDERED:

1. The Debtor's Motion to Convert this case from Chapter 13 to Chapter 12 is GRANTED.

2. The treatment of John Deere's claims and interests in this case is comprehensively governed by that certain Agreed Order Resolving Objection to Confirmation of Chapter 13 Plan and Motions for Valuation and Lien Avoidance [Dkt. #37] (the "Agreed Order"). John Deere consents to the conversion on the express condition, and the Court orders, that:

    a. The Agreed Order shall remain in full force and effect and continue to control the treatment of John Deere's claims and interests in the converted Chapter 12 case, for all purposes and without interruption;

b. All references in the Agreed Order to the "Plan" shall be deemed to refer to any proposed or confirmed plan in the converted Chapter 12 case;

c. All references in the Agreed Order to the "Chapter 13 Trustee" shall be deemed to refer to the Chapter 12 Trustee in the converted case;

d. Upon conversion, the Chapter 13 Trustee shall pay to John Deere all amounts due under Paragraph (G) of the Agreed Order as of the date of conversion; and

e. Upon conversion, all remaining funds in the hands of the Chapter 13 Trustee shall be transferred to the Chapter 12 Trustee.

#END OF ORDER#

Agreed by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., Bar Number 103469
Attorney for Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

/s/ Les Alvis
Les Alvis, Bar Number 1548
Attorney for John Deere
207 Court Street
Post Office Box 1836
Tupelo, Mississippi 38802-1836
(662) 842-8945
lalvis@rccalaw.com

/s/ Justin B. Jones
Justin B. Jones, Bar Number 103295
Attorney for Harold Barkley
Chapter 13 Trustee
Post Office Box 4476
Jackson, Mississippi 39296-4476
(601) 362-6161
jjones@hbarkley13.com

/s/ G. Adam Sanford
G. Adam Sanford, Bar Number 103482
Attorney for Debtor
McRaney & McRaney
Post Office Drawer 1397
Clinton, Mississippi 39060
(601) 924-5961
adam@mcraneymcraney.com