United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-02317-JAW
Kevin Alton Walton  Chapter 12
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jun 06, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

**Recip ID**      **Recipient Name and Address**
db      + Kevin Alton Walton, 318 Shady Lane, Vicksburg, MS 39180-5650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison W. Killebrew | on behalf of Debtor Kevin Alton Walton allisonwkillebrew@gmail.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Andrew Roberts Norwood | on behalf of Creditor US Small Business drew.norwood@usdoj.gov karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov |
| George Adam Sanford | on behalf of Debtor Kevin Alton Walton adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Harold J. Barkley T12, Jr | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Jun 06, 2025     Form ID: pdf012     Total Noticed: 1

Les Alvis
    on behalf of Creditor John Deere Construction & Forestry Company lalvis@rccalaw.com  lesalvis@comcast.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Kevin Alton Walton trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 6, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor                        Case No. 24-02317-JAW
                                                                                    CHAPTER 13

### ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

Upon consideration of the application of Kevin Alton Walton (the "Debtor") for an order authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor (DK # 72 ) and upon the Affidavit of Disinterestedness regarding such employment, and the Court having considered said Application and is of the opinion that the Application is well taken and should be approved, it is hereby:

ORDERED, that the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor is approved pursuant to 11 U.S.C. § 327(a) on the terms and conditions set forth in the application; and it is further

ORDERED, that compensation and reimbursement of expenses shall be paid in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court only after notice and a hearing; and it is further

ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous order allowing compensation and expenses and the amounts so allowed.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com