# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Kevin Alton Walton**                                Case No.  **24-02317**
                           Debtor(s)                         Chapter   **12**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 12, 2025**                    **/s/ Kevin Alton Walton**
                                            **Kevin Alton Walton**
                                            Signature of Debtor

```
KEVIN ALTON WALTON            IRS                           SBA
318 SHADY LANE                P.O. BOX 7346                 C/O US AG
VICKSBURG, MS 39180           PHILADELPHIA, PA 19101-7346   950 PENNSYLVANIA AVENW
                                                            WASHINGTON, DC 20530


THOMAS C. ROLLINS, JR.        IRS                           SMALL BUSINESS ADMIN
THE ROLLINS LAW FIRM, PLLC    C/O US ATTORNEY               233 PEACHTREE ST., NE
P.O. BOX 13767                501 E COURT, STE 4.430        SUITE 300
JACKSON, MS 39236             JACKSON, MS 39201             ATLANTA, GA 30303


ACCEPTANCENOW                 IRS                           TRANSWORLD SYSTEM INC
ATTN: BANKRUPTCY              C/O ATTORNEY GENERAL          P O BOX 15520
5501 HEADQUARTERS DRIVE       950 PENNSYLVANIA AV NW        WILMINGTON, DE 19850
PLANO, TX 75024               WASHINGTON, DC 20530-0001


ADVANCED RECOVERY SYSTEMS     JOHN DEERE FINANCIAL          WALTON LOGGING OF MS, LL
PO BOX 321472                 PO BOX 6600                   8197 OAK RIDGE RD
FLOWOOD, MS 39232             JOHNSTON, IA 50131-6600       VICKSBURG, MS 39183


ALLY FINANCIAL                KUBOTA CREDIT CORP, USA       WELLS FARGO/FURNITURE MG
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 380901                 PO BOX 2048                   PO BOX 10438 MAC F8235-0
BLOOMINGTON, MN 55438         GRAPEVINE, TX 76099           DES MOINES, IA 50306


AMERICAN HONDA FINANCE        MS DEPT OF REVENUE
ATTN: BANKRUPTCY              BANKRUPTCY SECTION
PO BOX 168088                 PO BOX 22808
IRVING, TX 75016              JACKSON, MS 39225-2808


CAPITAL ONE                   RIVER HILLS BANK
ATTN: BNAKRUPTCY              POST OFFICE BOX 608
P.O. BOX 30285                PORT GIBSON, MS 39150
SALT LAKE CITY, UT 84130


CHASE AUTO FINANCE            RIVER HLS BK
ATTN: BANKRUPTCY              POB 608
PO BOX 901076                 PORT GIBSON, MS 39150
FORT WORTH, TX 76101


FORA FINANCIAL                SBA
1385 BROADWAY 15TH FL         US ATTORNEY
NEW YORK, NY 10018            501 E COURT ST STE 4.4
                              JACKSON, MS 39201
```