# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Kevin Alton Walton, Debtor        CASE NO. 24-02317-JAW

       CHAPTER 12

TO:    TRUSTEE:   Harold J. Barkley, Jr.
       U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov
       AFFECTED CREDITORS:
           Walton Logging of MS, LLC, 8197 Oak Ridge Rd, Vicksburg, MS 39183

### NOTICE OF AMENDMENT OF SCHEDULE H

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has/have filed with the US Bankruptcy Court an *Amended Schedule H: Your Codebtors* (see attached amended schedule).

**YOU ARE FURTHER NOTIFIED** that the debtor's bankruptcy case was filed on October 5, 2024. Documents filed in the case may be inspected at either location of the Clerk's office:

Clerk, US Bankruptcy Court        Clerk, US Bankruptcy Court
United States Courthouse        Dan M. Russell, Jr. U.S. Courthouse
501 East Court Street, Ste 2.300        2012 15th Street, Ste 244
Jackson, Mississippi 39201        Gulfport, Mississippi 39501

Date: June 12, 2025        /s/ Thomas C. Rollins, Jr.
       *Thomas C. Rollins, Jr., Attorney for Debtor*

### CERTIFICATE OF SERVICE

On June 12, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

       /s/ Thomas C. Rollins, Jr.
       *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSBN 103469
Jennifer A. Curry Calvillo, MSBN 104367
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Kevin Alton Walton** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI | |
| Case number (if known) | **24-02317** | ☐ Check if this is an amended filing |

Official Form 106H
# Schedule H: Your Codebtors  12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Walton Logging of MS, LLC**<br>**8197 Oak Ridge Rd**<br>**Vicksburg, MS 39183** | ■ Schedule D, line __**2.1**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ally Financial** |
| 3.2 | **Walton Logging of MS, LLC**<br>**8197 Oak Ridge Rd**<br>**Vicksburg, MS 39183** | ■ Schedule D, line __**2.2**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**American Honda Finance** |
| 3.3 | **Walton Logging of MS, LLC**<br>**8197 Oak Ridge Rd**<br>**Vicksburg, MS 39183** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Capital One** |

Debtor 1  **Kevin Alton Walton**  Case number *(if known)*  **24-02317**

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line __**2.3**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Chase Auto Finance** |
| 3.5 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.3**__ ☐ Schedule G _____ **Fora Financial** |
| 3.6 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**2.1**__ ☐ Schedule G _____ **IRS** |
| 3.7 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line __**2.4**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **John Deere Financial** |
| 3.8 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line __**2.5**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **John Deere Financial** |
| 3.9 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line __**2.6**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **John Deere Financial** |
| 3.10 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line __**2.7**__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **John Deere Financial** |
| 3.11 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.4**__ ☐ Schedule G _____ **Kubota Credit Corp, USA** |

Debtor 1  **Kevin Alton Walton**                                    Case number *(if known)*  **24-02317**

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.12 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line ____ ■ Schedule E/F, line  **2.2** ☐ Schedule G ____ **MS Dept of Revenue** |
| 3.13 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line ____ ■ Schedule E/F, line  **4.5** ☐ Schedule G ____ **River Hills Bank** |
| 3.14 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line  **2.8** ☐ Schedule E/F, line ____ ☐ Schedule G ____ **River Hls Bk** |
| 3.15 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line  **2.9** ☐ Schedule E/F, line ____ ☐ Schedule G ____ **River Hls Bk** |
| 3.16 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ■ Schedule D, line  **2.10** ☐ Schedule E/F, line ____ ☐ Schedule G ____ **Small Business Admin** |
| 3.17 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line ____ ■ Schedule E/F, line  **4.6** ☐ Schedule G ____ **Transworld System Inc** |
| 3.18 | **Walton Logging of MS, LLC** **8197 Oak Ridge Rd** **Vicksburg, MS 39183** | ☐ Schedule D, line ____ ■ Schedule E/F, line  **4.7** ☐ Schedule G ____ **Wells Fargo/Furniture Marketing Group** |