# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor                    Case No. 24-02317-JAW
                                                        **CHAPTER 12**

## PROPOSED ORDER AUTHORIZING USE OF CASH COLLATERAL

This matter This matter is before the Court on the Motion of the Debtor, Kevin Alton Walton, for Authority to Use Cash Collateral (Dkt. __). Based on the pleadings, budget, and representations of counsel, the Court finds as follows:

1. The Debtor has shown good cause for the requested relief.
2. Notice was sufficient under Rule 4001 and applicable local rules, including notice to the U.S. Attorney and Attorney General.
3. The proposed us of case collateral is necessary to preserve the value of the estate.
4. Adequate protection has been provided to creditors with an interest in cash collateral.

IT IS HEREBY ORDERED THAT:

The Debtor is authorized to use cash collateral in accordance with the budget attached to the Motion as Exhibit A.

The Debtor shall maintain detailed financial records and provide monthly operating reports to the Chapter 12 Trustee and any secured creditor requesting such reports.

Nothing in this Order constitutes a finding as to the validity, extent, or priority of any lien or interest.

This Order is without prejudice to the rights of any party to seek modification or additional adequate protection.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533