# CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**CHAPTER 12 CASE**

Month of May, 20 25

NAME OF DEBTOR: Kevin A. Walton      CASE NO.: 24-02317-JAW

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**I. Cash Received During Month:**                   Amount

Business / Farm Income (itemize):

| Item | Quantity Sold | Amount |
|------|---------------|--------|

Total business / farm income:                 $41,247.60

Loan proceeds received this month (if any):   $0

Income received from non-farming employment:  $0

Other receipts:                               $0

**II. TOTAL CASH RECEIPTS**                   $0

**III. Expenses Paid:**                       Amount

Total amount paid for household or living expenses:  $2747.87

Operating expenses paid (itemize):

| Item | Amount |
|------|--------|

Total operating expenses paid:        $50,909.88

Plan Payments Made to Chapter 12 Trustee:  $0

TOTAL EXPENSES PAID                   ($53,657.75)

**IV. Income (or Loss) For Month**            $5,344.99

**V. Cash Reconciliation:**

Cash and Bank Account Balance at Beginning of Month:  $15,007.27

Income (or Loss) During Month:        $5,344.99

Cash and Bank Account Balance at End of Month:  $2,597.12

**VI. Other:** Unpaid Post Petition Expenses incurred to date and not paid (itemize):

| Expense | Amount |
|---------|--------|

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

7/15/25                    /s/ Kevin A. Walton
DATE                       DEBTOR / OFFICER OF DEBTOR