# CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**CHAPTER 12 CASE**  Month of June, 2025

**NAME OF DEBTOR:** Kevin A Walton   **CASE NO.:** 24-02317-JAW

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**I. Cash Received During Month:**   Amount

Business / Farm Income (itemize):
| Item | Quantity Sold | Amount |
|---|---|---|
| N/A | N/A | |

Total business / farm income: $48,054.92
Loan proceeds received this month (if any): $0
Income received from non-farming employment: $0
Other receipts: $0

**II. TOTAL CASH RECEIPTS** $0

**III. Expenses Paid:**  Amount

Total amount paid for household or living expenses: $3,575.16

Operating expenses paid (itemize):
| Item | Amount: |
|---|---|
| N/A | N/A |

Total operating expenses paid: $46,804.16  43,229.00
Plan Payments Made to Chapter 12 Trustee: $0

**TOTAL EXPENSES PAID** ($46,804.16)

**IV. Income (or Loss) For Month** $~~3~~ 4825.92

**V. Cash Reconciliation:**

Cash and Bank Account Balance at Beginning of Month: $2,597.12
Income (or Loss) During Month: $4825.92
Cash and Bank Account Balance at End of Month: $3847.88

**VI. Other:** Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):

Expense N/A    Amount N/A

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

7/23/25   *[signed] Kevin A Walton*
DATE    DEBTOR/OFFICER OF DEBTOR