# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor　　　　　　Case No. 24-02317-JAW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 12

## MOTION TO EXTEND TIME WITHIN WHICH TO FILE CHAPTER 12 PLAN

COMES NOW, Kevin Alton Walton (the "Debtor") by and through undersigned counsel, and moves the Court for an extension of time within which to file his Chapter 12 Plan of Reorganization; and in support thereof, would respectfully show unto the Court as follows:

1. This case was converted to Chapter 12 on May 22, 2025. Pursuant to 11 U.S.C. § 1221, the Debtor's Chapter 12 Plan is currently due on August 20, 2025.

2. The Debtor is a professional logger. The wet season has recently ended, and the Debtor is now entering his busy season, when logging operations are more productive and consistent. The increased work during this period will allow for more accurate budgeting and financial projections, which are critical to the development of a feasible Chapter 12 Plan.

3. In addition, new secured claims have been filed in this case. Counsel for the Debtor requires additional time to review these claims, contact counsel for the creditors, and attempt to reach consensual treatment of such claims for inclusion in the Plan.

4. All things considered, the Debtor and his counsel submit that they are not prepared at this stage of the case to file the Chapter 12 Plan and that an additional sixty (60) days—through and including October 20, 2025—is necessary and reasonable under the circumstances.

WHEREFORE, PREMISES CONSIDERED the Debtor respectfully requests that the Court enter an Order extending the deadline within which to file his Chapter 12 Plan by sixty (60) days, to and including October 20, 2025, and for such other and further relief as the Court deems just and proper.

Respectfully submitted.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time Within Which to File Chapter 12 Plan were forwarded on August 14, 2025, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.