IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor                    Case No. 24-02317-JAW
                                                                        CHAPTER 12

### ORDER GRANTING TIME TO FILE CHAPTER 12 PLAN

THIS MATTER came before the Court on the Motion of the Debtor, Kevin Alton Walton, to extend the time within which to file his Chapter 12 Plan of Reorganization. The Court, having considered the Motion and the record in this case, finds that the Motion is well-taken and should be granted

IT IS, THEREFORE, ORDERED that the deadline for the Debtor to file his Chapter 12 Plan is hereby extended by sixty (60) days, to and including October 20, 2025.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com