_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor                                    Case No. 24-02317-JAW
                                                                                                    CHAPTER 12

## ORDER GRANTING TIME TO FILE CHAPTER 12 PLAN
(106)

THIS MATTER came before the Court on the Motion of the Debtor, Kevin Alton Walton, to extend the time within which to file his Chapter 12 Plan of Reorganization. The Court, having considered the Motion and the record in this case, finds that the Motion is well-taken and should be granted

IT IS, THEREFORE, ORDERED that the deadline for the Debtor to file his Chapter 12 Plan is hereby extended by sixty (60) days, to and including October 20, 2025.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com