# CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**CHAPTER 12 CASE**  
Month of __July__, 20 __25__

**NAME OF DEBTOR:** __Kevin Walton__    CASE NO.: _____

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**I.** **Cash Received During Month:**    Amount

Business / Farm Income (itemize):
Item __N/A__   Quantity Sold __N/A__   Amount:

Total business / farm income: $ __44,117.21__

Loan proceeds received this month (if any): $ __0__

Income received from non-farming employment: $ __0__

Other receipts: $ __0__

**II.** TOTAL CASH RECEIPTS    $ __0__

**III.** **Expenses Paid:**    Amount

Total amount paid for household or living expenses: $ __4389.41__

Operating expenses paid (itemize):
Item __N/A__   Amount:

Total operating expenses paid: $ __39,727.80__

Plan Payments Made to Chapter 12 Trustee: $ __0__

TOTAL EXPENSES PAID    ($ __47,560.82__

**IV.** Income (or Loss) For Month    $ __4389.41__

**V.** **Cash Reconciliation:**

Cash and Bank Account Balance at Beginning of Month: $ __3,847.88__

Income (or Loss) During Month: $ __4389.41__

Cash and Bank Account Balance at End of Month: $ __404.27__

**VI.** Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):

Expense __N/A__    Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

__8/14/25__         _Kevin Walton_
DATE            DEBTOR /OFFICER OF DEBTOR