# CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**CHAPTER 12 CASE**        Month of **August**, 20**25**

**NAME OF DEBTOR:** Kevin Walton      **CASE NO.:** 24-02317

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

**I. Cash Received During Month:**      Amount

     Business / Farm Income (itemize):      0

     Item **N/A**      Quantity Sold      Amount:

     Total business / farm income:      $ **57,851.07**

     Loan proceeds received this month (if any):      $ **0**

     Income received from non-farming employment:      $ **0**

     Other receipts:      $ **0**

**II. TOTAL CASH RECEIPTS**      $ **0**

**III. Expenses Paid:**      Amount

     Total amount paid for household or living expenses:      $ **3998.26**

     Operating expenses paid (itemize):

     Item **N/A**      Amount:

     Total operating expenses paid:      $ **38,024.41**

     Plan Payments Made to Chapter 12 Trustee:      $ **0**

     **TOTAL EXPENSES PAID**      ($ **42,022.67**)

**IV. Income (or Loss) For Month**      $ **3998.26**

**V. Cash Reconciliation:**

     Cash and Bank Account Balance at Beginning of Month:      $ **404.27**

     Income (or Loss) During Month:      $ **57,851.07**

     Cash and Bank Account Balance at End of Month:      $ **11,830.14**

**VI. Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):**

     Expense **N/A**      Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

**9/17/25**      *Kevin A. Walton* (signature)

DATE      DEBTOR / OFFICER OF DEBTOR