IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor                             Case No. 24-02317-JAW
                                                                                          Chapter 12

## PLAN OF REORGANIZATION UNDER CHAPTER 12

1. This is the Debtor's Chapter 12 Plan filed under 11 U.S.C. §§ 1201–1232.

2. The Debtor operates a family logging and trucking business under Walton Logging of MS, LLC.

3. Plan term: 60 months from confirmation.

4. The Debtor will make monthly and annual payments to the Chapter 12 Trustee as provided herein.

## PLAN FUNDING AND PAYMENTS

5. Beginning 30 days after confirmation, the Debtor shall make monthly payments sufficient to pay John Deere obligations (per Agreed Order), monthly unsecured distributions of $500 (including attorney fees until paid in full), and Trustee's commission. The monthly payment shall be adjusted as needed by the Trustee.

6. Beginning August 1, 2026, and continuing annually thereafter for five (5) years, the Debtor shall make one annual payment sufficient to pay all secured and priority claims specified in paragraphs 12 and 13, plus Trustee commission.

7. All payments shall be made to the Chapter 12 Trustee for distribution as provided in this Plan.

8. As of the date of confirmation, the Chapter 12 Trustee is holding funds previously paid by the Debtor. Upon confirmation, the Trustee shall apply any funds currently on hand, after deducting the statutory commission, first to allowed administrative expenses

(including Debtor's counsel fees) and then to payments due under this Plan to secured creditors.

## ADMINISTRATIVE EXPENSES AND TRUSTEE FEES

9. Debtor's counsel shall be paid attorney's fees as an administrative expense as allowed by the court after fee application, disbursed from the $500 monthly unsecured pool before any other unsecured creditor receives payment.

10. After counsel is paid in full, the $500/month distribution will continue to unsecured creditors pro rata for the remainder of the plan.

## TREATMENT OF SECURED CLAIMS

11. John Deere Construction & Forestry Company (d/b/a John Deere Financial) is fully secured per the Agreed Order entered December 4, 2024 (Dkt. 37).  The total allowed secured debt is $394,670.68, to be paid in 60 equal monthly installments at 10% interest through the Trustee. John Deere retains liens on all collateral and remains fully secured. The Debtor shall maintain all-risk insurance naming John Deere as loss payee. All other terms of the Agreed Order (including default, notice, and abandonment provisions) are incorporated herein by reference.

| Contract | Collateral | Allowed Secured Amount | Interest | Term / Payment | Notes |
|---|---|---|---|---|---|
| A | 859M Feller Buncher / FR22B Disc Saw | $172,097.83 | 10% | 60 equal monthly P&I | Proof of Claim 6 |
| B | 437D Loader / Attachments | $42,697.72 | 10% | 60 equal monthly P&I | Proof of Claim 7 |
| C | 648L Skidder | $112,134.20 | 10% | 60 equal monthly P&I | Proof of Claim 8 |
| D | 700K Dozer | $67,740.93 | 10% | 60 equal monthly P&I | Proof of Claim 9 |

12. All remaining secured creditors will be paid the value of their collateral in five (5) equal annual installments with 8% interest through the Trustee. The first annual payment shall be due August 1, 2026.

| Creditor | Collateral | Collateral Value | Interest | Term | Payment | Treatment |
|---|---|---|---|---|---|---|
| **Ally Financial** | 2019 Ram 5500 | $45,000 | 8% | 5 yrs | Annual | Paid value in 5 equal annual installments at 8% interest; unsecured balance ($15,901.59) to unsecured pool. |
| **American Honda Finance** | 2019 Honda Pioneer ATV | $7,500 | 8% | 5 yrs | Annual | Paid value in 5 equal annual installments; unsecured portion ($4,578.10) to pool. |
| **Chase Auto Finance** | 2018 Jeep Wrangler | $22,000 | 8% | 5 yrs | Annual | Paid value in 5 equal annual installments; unsecured portion ($3,478.62) to pool. |
| **River Hills Bank (Mack Truck)** | 2012 Mack Truck | $19,615.51 | 8% | 5 yrs | Annual | Paid value at 8% interest; |
| **River Hills Bank (Peterbilt)** | 2012 Peterbilt Truck | $20,000 | 8% | 5 yrs | Annual | Paid value at 8%; unsecured ($28,320.88) to pool. |

## PRIORITY CLAIMS

13. IRS: $61,758.95 to be paid in full with 0% interest over five (5) years in annual installments beginning August 1, 2026.

14. Mississippi Department of Revenue: $10,006.01 to be paid in full with 0% interest over five (5) years in annual installments beginning August 1, 2026.

| Creditor | Amount | Interest | Term | Payment | Notes |
|---|---|---|---|---|---|
| **IRS** | $61,758.95 | 0% | 5 yrs | Annual | Paid in full over 5 years beginning Aug 1, 2026. |
| **Mississippi Department of Revenue** | $10,006.01 | 0% | 5 yrs | Annual | Paid in full over 5 years beginning Aug 1, 2026. |

## UNSECURED CLAIMS

15. Unsecured creditors, including deficiency balances and unsecured portions of secured claims, shall receive a pro rata share of $500 per month after attorney's fees are paid in full. No interest shall accrue on unsecured claims during the plan term.

## EXECUTORY CONTRACTS AND LEASES

16. The Debtor rejects all executory contracts and leases not specifically assumed.

## INSURANCE, TAXES, AND REPORTING

17. Debtor shall maintain hazard, casualty, and liability insurance on all property and name each secured creditor as loss payee.

18. Debtor shall timely file all federal and state tax returns and pay all post-petition taxes.

19. Monthly operating reports shall be filed until substantial consummation.

## DISPOSABLE INCOME AND FEASIBILITY

20. All projected disposable income from Debtor's logging and trucking operations will be applied to plan payments. Debtor's projected revenue and expense budget demonstrate the ability to fund all obligations under this Plan.

## VESTING AND DISCHARGE

21. All property of the estate revests in the Debtor upon confirmation, subject to valid liens. Upon completion of all payments, Debtor shall receive a discharge under §1228(a).

## DEFAULT AND REMEDIES

22. If Debtor fails to make payments when due, any secured creditor may file a notice of default. If the default is not cured within 14 days, the creditor may seek relief from the stay, consistent with §362(d) and the John Deere Agreed Order.

## OTHER PROVISIONS

23. The Plan incorporates by reference the Agreed Order Resolving John Deere's Objection (Dkt. 37).

24. Any future modification of this Plan must preserve those terms unless modified with John Deere's written consent.

25. Trustee may adjust the total payments slightly to account for commission rounding and to ensure full payment of all claims.

Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr. (MSBN 103469)
      The Rollins Law Firm
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5333
      trollins@therollinsfirm.com
      Attorney for Kevin Walton

| EXHIBIT A – PLAN PAYMENT CALCULATION SUMMARY | |
|---|---|
| **MONTHLY PAYMENTS (beginning 30 days after confirmation)** | |
| **Description** | Amount |
| John Deere Financial (per Agreed Order – 10% interest, 60 months) | $8,385 / month |
| Unsecured & Administrative Pool | $500 / month |
| Trustee Commission (10%) included | — |
| **Total Monthly Payment to Trustee** | **$9,872 / month** |
| | |
| **ANNUAL PAYMENTS (first due August 1, 2026, and annually thereafter through 2030)** | |
| **Description** | Amount |
| Other Secured Creditors (8% × 5 yrs) | $28,582 / year |
| Priority Tax Creditors (0% × 5 yrs) | $14,353 / year |
| Trustee Commission (10%) included | — |
| **Total Annual Payment to Trustee** | **$47,705 / year** |
| | |
| **ESTIMATED TOTAL PLAN FUNDING (all creditors + trustee fees):** | |
| $830,845 | |