**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                 CHAPTER 12 NO.:

KEVIN ALTON WALTON                                                      24 – 02317 – JAW

**TRUSTEE'S OBJECTION TO CONFIRMATION**
**OF PLAN OF REORGANIZATION UNDER CHAPTER 12**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of Plan of Reorganization Under Chapter 12 [DK #111]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor's Plan (paragraph 21) proposes to vest all property of the estate in the Debtor upon confirmation. All property of the bankruptcy estate should remain property of the estate and vest in the Debtor only upon dismissal, discharge or conversion.

2. That, the Debtor should be responsible for the preservation and protection of all property of the estate not transferred to the Trustee.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: October          21         , 2025

                                                                                Respectfully submitted,

                                                                                /S/HAROLD J. BARKLEY, JR.
                                                                                HAROLD J. BARKLEY, JR. – MSB #2008
                                                                                CHAPTER 13 TRUSTEE
                                                                                POST OFFICE BOX 4476
                                                                                JACKSON, MS 39296-4476
                                                                                PHONE: 601/362-6161  FAX: 601/362-8826
                                                                                EMAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. George Adam Sanford
adam@mcraneymcraney.com

Kevin Alton Walton
318 Shady Lane
Vicksburg, MS 39180


Dated:   October            21         , 2025


                                             /S/HAROLD J. BARKLEY, JR.
                                             HAROLD J. BARKLEY, JR.