_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

                                                                            CASE NO: 24-02317-JAW

    **KEVIN ALTON WALTON,**

                                                                            **CHAPTER 12**

    **DEBTOR.**


### NOTICE AND ORDER SETTING CHAPTER 12 CONFIRMATION HEARING

This day there came on for consideration the fixing of time for the confirmation hearing ("Confirmation Hearing") on the Chapter 12 Plan of Reorganization ("Plan") (Dkt. # 111) filed on October 20, 2025, in the above-referenced bankruptcy case.

IT IS, THEREFORE, ORDERED that the Confirmation Hearing will be held on November 18, 2025, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any objection to the Plan must be filed by November 14, 2025, with the Clerk of the Bankruptcy Court. Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Non-registered users should file any response at the U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, Mississippi,

39201. Copies of any objection to the plan must be served on the Chapter 12 Trustee, Harold J. Barkley, Jr., P.O. Box 5069, Jackson, Mississippi 39296-5069; the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and the attorney for the debtor, Thomas C. Rollins, Jr., Esq., PO Box 13767, Jackson, MS 39236. All objections to confirmation will be heard at the Confirmation Hearing.

IT IS FURTHER ORDERED that the debtor and the attorney for the debtor are required to attend the Confirmation Hearing. If objections are properly filed, the objecting party and all witnesses are required to attend the Confirmation Hearing to present evidence.

##END OF ORDER##