**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Kevin Alton Walton, Debtor                                  Case No. 24-02317-JAW
                                                                                                    **CHAPTER 12**

**CERTIFICATE OF SERVICE**

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Plan was forwarded on October 21, 2025, to:

By Electronic CM/ECF Notice:

    Harold J. Barkley, Jr., Chapter 12 Trustee

    U.S. Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor                                         Case No. 24-02317-JAW
                                                                             Chapter 12

### PLAN OF REORGANIZATION UNDER CHAPTER 12

1. This is the Debtor's Chapter 12 Plan filed under 11 U.S.C. §§ 1201–1232.

2. The Debtor operates a family logging and trucking business under Walton Logging of MS, LLC.

3. Plan term: 60 months from confirmation.

4. The Debtor will make monthly and annual payments to the Chapter 12 Trustee as provided herein.

### PLAN FUNDING AND PAYMENTS

5. Beginning 30 days after confirmation, the Debtor shall make monthly payments sufficient to pay John Deere obligations (per Agreed Order), monthly unsecured distributions of $500 (including attorney fees until paid in full), and Trustee's commission.  The monthly payment shall be adjusted as needed by the Trustee.

6. Beginning August 1, 2026, and continuing annually thereafter for five (5) years, the Debtor shall make one annual payment sufficient to pay all secured and priority claims specified in paragraphs 12 and 13, plus Trustee commission.

7. All payments shall be made to the Chapter 12 Trustee for distribution as provided in this Plan.

8. As of the date of confirmation, the Chapter 12 Trustee is holding funds previously paid by the Debtor. Upon confirmation, the Trustee shall apply any funds currently on hand, after deducting the statutory commission, first to allowed administrative expenses

(including Debtor's counsel fees) and then to payments due under this Plan to secured creditors.

## ADMINISTRATIVE EXPENSES AND TRUSTEE FEES

9. Debtor's counsel shall be paid attorney's fees as an administrative expense as allowed by the court after fee application, disbursed from the $500 monthly unsecured pool before any other unsecured creditor receives payment.

10. After counsel is paid in full, the $500/month distribution will continue to unsecured creditors pro rata for the remainder of the plan.

## TREATMENT OF SECURED CLAIMS

11. John Deere Construction & Forestry Company (d/b/a John Deere Financial) is fully secured per the Agreed Order entered December 4, 2024 (Dkt. 37). The total allowed secured debt is $394,670.68, to be paid in 60 equal monthly installments at 10% interest through the Trustee. John Deere retains liens on all collateral and remains fully secured. The Debtor shall maintain all-risk insurance naming John Deere as loss payee. All other terms of the Agreed Order (including default, notice, and abandonment provisions) are incorporated herein by reference.

| Contract | Collateral | Allowed Secured Amount | Interest | Term / Payment | Notes |
|---|---|---|---|---|---|
| A | 859M Feller Buncher / FR22B Disc Saw | $172,097.83 | 10% | 60 equal monthly P&I | Proof of Claim 6 |
| B | 437D Loader / Attachments | $42,697.72 | 10% | 60 equal monthly P&I | Proof of Claim 7 |
| C | 648L Skidder | $112,134.20 | 10% | 60 equal monthly P&I | Proof of Claim 8 |
| D | 700K Dozer | $67,740.93 | 10% | 60 equal monthly P&I | Proof of Claim 9 |

12. All remaining secured creditors will be paid the value of their collateral in five (5) equal annual installments with 8% interest through the Trustee. The first annual payment shall be due August 1, 2026.

| Creditor | Collateral | Collateral Value | Interest | Term | Payment | Treatment |
|---|---|---|---|---|---|---|
| Ally Financial | 2019 Ram 5500 | $45,000 | 8% | 5 yrs | Annual | Paid value in 5 equal annual installments at 8% interest; unsecured balance ($15,901.59) to unsecured pool. |
| American Honda Finance | 2019 Honda Pioneer ATV | $7,500 | 8% | 5 yrs | Annual | Paid value in 5 equal annual installments; unsecured portion ($4,578.10) to pool. |
| Chase Auto Finance | 2018 Jeep Wrangler | $22,000 | 8% | 5 yrs | Annual | Paid value in 5 equal annual installments; unsecured portion ($3,478.62) to pool. |
| River Hills Bank (Mack Truck) | 2012 Mack Truck | $19,615.51 | 8% | 5 yrs | Annual | Paid value at 8% interest; |
| River Hills Bank (Peterbilt) | 2012 Peterbilt Truck | $20,000 | 8% | 5 yrs | Annual | Paid value at 8%; unsecured ($28,320.88) to pool. |

## PRIORITY CLAIMS

13. IRS: $61,758.95 to be paid in full with 0% interest over five (5) years in annual installments beginning August 1, 2026.

14. Mississippi Department of Revenue: $10,006.01 to be paid in full with 0% interest over five (5) years in annual installments beginning August 1, 2026.

| Creditor | Amount | Interest | Term | Payment | Notes |
|---|---|---|---|---|---|
| IRS | $61,758.95 | 0% | 5 yrs | Annual | Paid in full over 5 years beginning Aug 1, 2026. |
| Mississippi Department of Revenue | $10,006.01 | 0% | 5 yrs | Annual | Paid in full over 5 years beginning Aug 1, 2026. |

## UNSECURED CLAIMS

15. Unsecured creditors, including deficiency balances and unsecured portions of secured claims, shall receive a pro rata share of $500 per month after attorney's fees are paid in full. No interest shall accrue on unsecured claims during the plan term.

## EXECUTORY CONTRACTS AND LEASES

16. The Debtor rejects all executory contracts and leases not specifically assumed.

## INSURANCE, TAXES, AND REPORTING

17. Debtor shall maintain hazard, casualty, and liability insurance on all property and name each secured creditor as loss payee.

18. Debtor shall timely file all federal and state tax returns and pay all post-petition taxes.

19. Monthly operating reports shall be filed until substantial consummation.

## DISPOSABLE INCOME AND FEASIBILITY

20. All projected disposable income from Debtor's logging and trucking operations will be applied to plan payments. Debtor's projected revenue and expense budget demonstrate the ability to fund all obligations under this Plan.

## VESTING AND DISCHARGE

21. All property of the estate revests in the Debtor upon confirmation, subject to valid liens. Upon completion of all payments, Debtor shall receive a discharge under §1228(a).

## DEFAULT AND REMEDIES

22. If Debtor fails to make payments when due, any secured creditor may file a notice of default. If the default is not cured within 14 days, the creditor may seek relief from the stay, consistent with §362(d) and the John Deere Agreed Order.

## OTHER PROVISIONS

23. The Plan incorporates by reference the Agreed Order Resolving John Deere's Objection (Dkt. 37).

24. Any future modification of this Plan must preserve those terms unless modified with John Deere's written consent.

25. Trustee may adjust the total payments slightly to account for commission rounding and to ensure full payment of all claims.

                Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        The Rollins Law Firm
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5333
        trollins@therollinsfirm.com
        Attorney for Kevin Walton

| EXHIBIT A – PLAN PAYMENT CALCULATION SUMMARY | |
|---|---|
| **MONTHLY PAYMENTS (beginning 30 days after confirmation)** | |
| **Description** | Amount |
| John Deere Financial (per Agreed Order – 10% interest, 60 months) | $8,385 / month |
| Unsecured & Administrative Pool | $500 / month |
| Trustee Commission (10%) included | — |
| **Total Monthly Payment to Trustee** | **$9,872 / month** |
| | |
| **ANNUAL PAYMENTS (first due August 1, 2026, and annually thereafter through 2030)** | |
| **Description** | Amount |
| Other Secured Creditors (8% × 5 yrs) | $28,582 / year |
| Priority Tax Creditors (0% × 5 yrs) | $14,353 / year |
| Trustee Commission (10%) included | — |
| **Total Annual Payment to Trustee** | **$47,705 / year** |
| | |
| **ESTIMATED TOTAL PLAN FUNDING (all creditors + trustee fees):** | |
| $830,845 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KEVIN ALTON WALTON | CASE NO: 24-02317<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 12 |

On 10/21/2025, I did cause a copy of the following documents, described below,

Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KEVIN ALTON WALTON | CASE NO: 24-02317<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 12 |

On 10/21/2025, a copy of the following documents, described below,

Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-02317<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE OCT 21 12-11-20 PST 2025 | ALLY CAPITAL<br>CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | JOHN DEERE CONSTRUCTION FORESTRY COMPANY<br>CO LES ALVIS<br>PO BOX 1836<br>207 COURT STREET<br>TUPELO MS 38804-3907 |
| US SMALL BUSINESS<br>332 S MICHIGAN AVE STE 600<br>CHICAGO IL 60604-4318 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | 1STHERITAG<br>1651 ST MARY STREET<br>THIBODAUX LA 70301-6491 |
| ACCEPTANCENOW<br>ATTN BANKRUPTCY<br>5501 HEADQUARTERS DRIVE<br>PLANO TX 75024-5837 | ADVANCED RECOVERY SYSTEMS<br>PO BOX 321472<br>FLOWOOD MS 39232-1472 | ALLY CAPITAL<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | (P)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| ~~EXCLUDE~~<br>~~(D)(P)AMERICAN HONDA FINANCE~~<br>~~P O BOX 168088~~<br>~~IRVING TX 75016-8088~~ | CAPITAL ONE<br>ATTN BNAKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| CHASE AUTO FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 901076<br>FORT WORTH TX 76101-2076 | DEPARTMENT OF TREASURY<br>IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | FIRST HERITAGE<br>2480 S FRONTAGE ROAD<br>VICKSBURG MS 39180-5251 |
| FORA FINANCIAL<br>1385 BROADWAY 15TH FL<br>NEW YORK NY 10018-6015 | FORA FINANCIAL ASSET SECURITIZATION 2021 LL<br>CO AUBREY THRASHER LLC<br>3050 PEACHTREE ROAD NW SUITE 240<br>ATLANTA GA 30305-2212 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>CO US ATTORNEY<br>501 E COURT STE 4430<br>JACKSON MS 39201-5025 | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 29505 AZ1-5757<br>PHOENIX AZ 85038-9505 | JOHN DEERE CONSTRUCTION FORESTRY COMPANY<br>CO LES ALVIS<br>PO BOX 1836<br>TUPELO MS 38802-1836 |
| (P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | KUBOTA CREDIT CORP USA<br>ATTN BANKRUPTCY<br>PO BOX 2048<br>GRAPEVINE TX 76099 | LES ALVIS ESQ<br>RILEY CALDWELL CORK ALVIS PA<br>FOR JOHN DEERE CONSTRUCTION FORESTRY C<br>P O BOX 1836<br>TUPELO MS 38802-1836 |

| | | |
|---|---|---|
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | RIVER HILLS BANK<br>POST OFFICE BOX 608<br>PORT GIBSON MS 39150-0608 |
| RIVER HLS BK<br>POB 608<br>PORT GIBSON MS 39150-0608 | RIVERHILLS BANK<br>LESLIE R SADLER<br>1612 MISSION 66 SUITE 1<br>VICKSBURG MS 39180-3706 | SBA<br>US ATTORNEY<br>501 E COURT ST STE 44<br>JACKSON MS 39201-5022 |
| SBA<br>CO US AG<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0009 | SMALL BUSINESS ADMINISTRATION<br>233 PEACHTREE ST NE STE 300<br>ATLANTA GA 30303-1553 | TRANSWORLD SYSTEM INC<br>ATTN BANKRUPTCY<br>PO BOX 15520<br>WILMINGTON DE 19850-5520 |
| (P)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | WALTON LOGGING OF MS LL<br>8197 OAK RIDGE RD<br>VICKSBURG MS 39183-9529 |
| WELLS FARGOFURNITURE MARKETING GROUP<br>ATTN BANKRUPTCY<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | ALLISON W KILLEBREW<br>MCRANEY SANFORD KILLEBREW PLLC<br>PO DRAWER 1397<br>CLINTON MS 39060-1397 | GEORGE ADAM SANFORD<br>MCRANEY SANFORD KILLEBREW PLLC<br>POST OFFICE DRAWER 1397<br>CLINTON MS 39060-1397 |
| ~~EXCLUDE~~<br>~~HAROLD J BARKLEY T12 JR~~<br>~~PO BOX 5069~~<br>~~JACKSON MS 39296-5069~~ | DEBTOR<br>KEVIN ALTON WALTON<br>318 SHADY LANE<br>VICKSBURG MS 39180-5650 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |