# CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

Month of September, 20 25

**CHAPTER 12 CASE**

NAME OF DEBTOR: Kevin A Walton     CASE NO.: **24-02317-JAW**

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. **Cash Received During Month:**                                           Amount

Business / Farm Income (itemize):
Item             Quantity Sold          Amount:

Total business / farm income:                    $46,088.10

Loan proceeds received this month (if any):     $ 0

Income received from non-farming employment:    $ 0

Other receipts:                                 $ 0

II. TOTAL CASH RECEIPTS                          $ 0

III. **Expenses Paid:**                          Amount

Total amount paid for household or living expenses:   $3,389.63

Operating expenses paid (itemize):

Item  N/A                Amount:

Total operating expenses paid:                  $42,698.47

Plan Payments Made to Chapter 12 Trustee:       $ 0

TOTAL EXPENSES PAID                             ($30,868).33

IV. Income (or Loss) For Month                  $3389.63

V. **Cash Reconciliation:**

Cash and Bank Account Balance at Beginning of Month:   $11,830.14

Income (or Loss) During Month:                         $30,868.33

Cash and Bank Account Balance at End of Month:         $3643.18

VI. Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):

Expense  N/A                              Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

10/23/25                        /s/ Kevin A. Walton
DATE                            DEBTOR /OFFICER OF DEBTOR