# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**KEVIN ALTON WALTON**                                                                           **CHAPTER 12**
                                                                           **CASE NO.: 24-02317-JAW**

**RIVERHILLS BANK**                                                                           **CREDITOR**

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, RIVERHILLS BANK, hereinafter "Creditor", by counsel, and for its objection to confirmation of the proposed Plan of Reorganization under Chapter 12 Plan states as follows:

1. RiverHills holds a secured claim covering a 2011 Peterbilt truck, more particularly described in its Proof of Claim, filed in this cause on July 31, 2025, and being Claim No. 14-1. RiverHills Bank shows that the amount of the debt for the 2011 Peterbilt Truck is $48,320.88.

2. Debtor's Chapter 12 Plan of Reorganization proposes to pay to Creditor the value of the 2011 Peterbilt truck, and claims the value of the 2011 Peterbilt truck is $20,000.00.

3. Creditor's valuation (attached hereto as Exhibit "A") shows the value of the 2011 Peterbilt truck as $49,513.50.

4. Based on the value of the 2011 Peterbilt as shown on the valuation attached hereto as Exhibit "A", Creditor should be paid the full amount of Claim No. 14-1 in the amount of $48,320.88.

5. The Chapter 12 Plan of Reorganization does not comply with the provisions of the Bankruptcy Code therefore the Plan should not be confirmed and the case should be dismissed.

WHEREFORE, RiverHills Bank objects to confirmation as aforesaid and requests that

this case be dismissed, and to all such other relief to which it may be entitled in the premises.

> Respectfully Submitted,
>
> RIVERHILLS BANK
> BY:/s/ Leslie R. Sadler
> LESLIE R. SADLER (MSB #101513)
> Attorney for Movant
> 1612 Mission 66, Suite 1
> Vicksburg, MS 39180
> (601)636-5433
> lsadler@ellislawms.com

## CERTIFICATE OF SERVICE

I, Leslie Sadler, Attorney for RiverHills Bank, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

United States Trustee,
USTPRegion05.JA.ECF@usdoj.gov

Hon. George Adam Sanford
Attorney for Debtor
Adam@mcraneymcraney.com

Ch. 12 Trustee
Harold J. Barkley

Kevin Alton Walton
318 Shady Lane
Vicksburg, MS 39180

So certified this the 13th day of November, 2025.

/s/Leslie R. Sadler

Exhibit "A"



**PREPARED ON:**
November 13, 2025 - 09:03am

| PREPARED BY: | PREPARED FOR: | REVISION DATE: | | |
|---|---|---|---|---|
| , | , | November 1, 2025 | | |

| Configuration | MSRP | Finance | Retail | Wholesale | Trade In |
|---|---|---|---|---|---|
| 2011 PETERBILT 388 | $143,747 | $41,261 | $55,015 | $45,662 | $46,763 |
| Totals: | $143,747 | $41,261 | $55,015 | $45,662 | $46,763 |

## 2011 PETERBILT 388

VIN: 1XPWD49XXBD111641

**Axle Configuration:** 6x4
**BBC:** 123 Inches
**Complete / Incomplete:** C
**Engine Type:** D

**Gross Combined Weight:** 110000 Pounds
**Gross Vehicle Weight:** 52000 Pounds
**Is Tractor:** Y

**MSRP:** $143,747
**VIN Model Number:** WD***
**Wheelbase:** 201 Inches

| Base Value | MSRP | Finance | Retail | Wholesale | Trade In |
|---|---|---|---|---|---|
| 2011 PETERBILT 388 | $143,747 | $48,543 | $64,724 | $53,721 | $55,016 |
| **Major Components** | | | | | |
| Engine: CU: ISM-350/6/D | --- | --- | --- | --- | --- |
| Transmission: EA: FR-13210 | --- | --- | --- | --- | --- |
| Front Axle: DS: D-800F | --- | --- | --- | --- | --- |
| Rear Axle: DS: DSP40 | --- | --- | --- | --- | --- |
| **Adjustments** | | | | | |
| Condition: Fair | --- | -$7,282 | -$9,709 | -$8,059 | -$8,253 |
| Totals: | $143,747 | $41,261 | $55,015 | $45,662 | $46,763 |

PriceDigests  The Truck Blue Book  ABOS Marine Blue Book  The Automobile Red Book  Recreational Vehicle Blue Book  Commercial Trailer Blue Book  Powersport Blue Book  Tractor Blue Book  Grounds Maintenance Blue Book