**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | |
| **KEVIN ALTON WALTON** | **CHAPTER 12** |
| | **CASE NO.: 24-02317-JAW** |
| **RIVERHILLS BANK** | **CREDITOR** |

<u>**CORPORATE OWNERSHIP STATEMENT**</u>

Pursuant to Bankruptcy Rules 1010(b) and 7007.1(a), RiverHills Bank declares that RiverHills Capital Corporation owns one-hundred percent (100%) of the equity interests of RiverHills Bank.

**Respectfully submitted,**

**RIVERHILLS BANK**

by:     **/s/ Leslie R. Sadler, Its Attorney**

**LESLIE R. SADLER (MSB 101513)**
**ELLIS, DEES & SADLER, P. C.**
**901 BELMONT STREET**
**VICKSBURG, MS 39180**
**PHONE: (601) 636-5433**
lsadler@ellislawms.com