## CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE                                    Month of _October_ . 20 _25_

NAME OF DEBTOR: _Kevin A Walton_          CASE NO.: __24-02317-JAW__

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I.    <u>Cash Received During Month:</u>          Amount

Business / Farm Income (itemize):

| Item | Quantity Sold | Amount: |
|------|---------------|---------|

Total business / farm income:      $ 57,294.55

Loan proceeds received this month (if any):    $ Ø

Income received from non-farming employment:    $ Ø

Other receipts:    $ Ø

II.      TOTAL CASH RECEIPTS      $ Ø

III.    <u>Expenses Paid:</u>         Amount

Total amount paid for household or living expenses:    $ 3247.90

Operating expenses paid (itemize):

| Item | | Amount: |
|------|---|---------|
| N/A | | |

Total operating expenses paid:    $ 52,348.23

Plan Payments Made to Chapter 12 Trustee:    $ 0

     TOTAL EXPENSES PAID      ($ 55,596.13)

IV.    <u>Income (or Loss) For Month</u>      $ 57,294.55

V.    <u>Cash Reconciliation:</u>

Cash and Bank Account Balance at Beginning of Month:    $ 3643.18

Income (or Loss) During Month:    $ 57,294.55

Cash and Bank Account Balance at End of Month:    $ 8,593.73

VI.    <u>Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):</u>

| Expense | Amount |
|---------|--------|

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_11/13/25_
DATE            _Kevin A Walton_
         DEBTOR /OFFICER OF DEBTOR