## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kevin Alton Walton, Debtor         Case No. 24-02317-JAW
                                            CHAPTER 12

## **NOTICE**

The undersigned counsel for Debtor have filed papers with the court to approve attorney's compensation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the Debtor' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: November 20, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Alton Walton, Debtor                     Case No. 24-02317-JAW
                                                          CHAPTER 12

### FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtor, and files this *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On October 4, 2024, Debtor filed a bankruptcy petition under Chapter 12 of the bankruptcy code.

### FEE AGREEMENT

2. The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area.

3. Throughout its representation of the Debtor herein, Applicant has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided.

### RETAINER

4. The Debtor herein did not provide a retainer.

## FEES REQUESTED

5. The time incurred and services provided by the firm during the pendency of this case have resulted in Attorney's fees in the amount of $6,961.00 and expenses in the amount of $88.77 for a total of $7,049.77. A detailed accounting is attached hereto as Exhibit "A".

6. This is the Applicants' first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from March 26,2025 to November 19, 2025.

### A. LODESTAR ANALYSIS

**1. The prevailing hourly rate in the community under § 330**

The Applicant requests fees based on the following hourly rates: $360.00 for attorneys, $155.00 for paralegals, and $100.00 for legal assistants.

The hourly rates for attorneys with similar skills and experience as consumer bankruptcy attorneys can vary widely, typically ranging from $200 to $450 per hour. Due to the specialized nature of bankruptcy law, many attorneys are not proficient in this field. However, with 14 years of experience, approximately 4,000 bankruptcy cases filed, board certification in consumer bankruptcy law, and a strong community reputation, Thomas Rollins is well-qualified to command fees at the higher end of this range. Similarly, Jennifer Calvillo, who has 12 years of experience with the same firm, having worked on 90% of those 4,000 cases, holds board certification in consumer bankruptcy law, is highly regarded in the community, and is a partner in her firm, is equally positioned to charge at the upper end of this spectrum. The Applicants'

paraprofessionals charge a blended rate of $127.50 per hour, which is within the reasonable range for paraprofessional services.

### 2. Reasonable hours expended

While Chapter 11 lawyers may only be compensated for reasonable time expended that produce a material benefit to the estate, § 330(a)(B) provides that a chapter 12 debtor's attorney can be awarded reasonable compensation for representing the interests of the debtor, based on the benefit and necessity of such services to the debtor and the other factors found in § 330.

The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.

An itemization of time is attached as Exhibit "A" and an affidavit of Applicant is attached as Exhibit "C".

### 3. Lodestar calculation

The lodestar amount for the Applicant's attorneys is $5,940.00, reflecting 17 hours at an hourly rate of $349.41.

For the Applicant's paraprofessionals, the lodestar amount is $1,021.00, based on 9.1 hours at a blended rate of $112.20 per hour.

Together, the total lodestar amount is $6,961.00, representing a combined total of 26.1 hours at a blended rate of $266.70 per hour.

### B. ADJUSTMENTS TO LODESTAR

After determining the appropriate lodestar amount, the Court must decide whether the application of the § 330 factors and the Johnson factors warrant upward or downward adjustment.

1.  **§ 330 Factors**

The following § 330 factors were already discussed when determining the lodestar amount:

(A) The time spent on such services;

(B) The rates charged for such services;

(C) Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

The remaining § 330 factors are discussed b**elow:**

(D) Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title;

   a. The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.
   b. No adjustment is warranted.

(E) Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;

   a. The Applicant did not devote excessive time to drafting schedules, pleadings, or conducting research. A significant amount of time was spent investigating the Debtor's financial situation and gathering the necessary documents for submission to the Trustee. This work was efficiently handled by legal assistants, who billed at $100.00 per hour.
   b. No adjustment is warranted.

(F) With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

   a. Both Thomas Rollins and Jennifer Calvillo are board-certified in consumer bankruptcy law by the American Board of Certification. In Mississippi, only

      five bankruptcy practitioners hold this certification, with three based in the state. Of these, two are with the Applicant's firm.
   b. The Applicant's extensive experience has already been addressed in the lodestar analysis.
   c. This factor was taken into account when setting the Applicant's hourly rate, but otherwise supports an upward adjustment.

**2.     Johnson Factors**

The following *Johnson* factors were already discussed when determining the lodestar amount:

1. The time and labor required.

2. The novelty and difficulty of the questions presented.

3. The skill required to perform the legal services properly.

4. The customary fee in the community.

5. Whether the fee is fixed or contingent.

6. The experience, reputation, and ability of the attorneys.

The remaining *Johnson* factors are discussed b**elow:**

7. The preclusion of other employment by the attorney due to acceptance of the case.
   a. Not Applicable.
   b. No adjustment is warranted.

8. Time limitations imposed by the client or circumstances.
   a. Not Applicable
   b. No adjustment is warranted.

9. The amount involved and the results obtained.
   a. This factor was already discussed in the § 330 analysis (Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title;)
   b. No adjustment is warranted.
   c.

10. The undesirability of the case.
    a. Not Applicable
    b. No adjustment is warranted.

11. The nature and length of the professional relationship with the client.

    a. Applicant had no prior professional relationship with the client prior to their engagement in this matter.
    b. No adjustment is warranted.

12. Awards in similar cases

    a. Under § 330(a)(3)(F), the Court is instructed to compensate bankruptcy attorneys at a rate comparable to that of similarly skilled and experienced **non-bankruptcy attorneys**.
    b. Market rates have been addressed in the lodestar analysis, and no additional adjustment is necessary.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses. Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 12 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-02317 |
|---|---|
| KEVIN ALTON WALTON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/21/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-02317 |
|---|---|
| KEVIN ALTON WALTON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 11/21/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING          ALLY CAPITAL                              JOHN DEERE CONSTRUCTION  FORESTRY COMPANY
NCRS ADDRESS DOWNLOAD                     CO AIS PORTFOLIO SERVICES  LLC            CO LES ALVIS
CASE 24-02317                             4515 N SANTA FE AVE DEPT APS              PO BOX 1836
SOUTHERN DISTRICT OF MISSISSIPPI          OKLAHOMA CITY  OK 73118-7901              207 COURT STREET
FRI NOV 21 8-22-18 PST 2025                                                         TUPELO  MS 38804-3907


                                                                                    EXCLUDE

RIVERHILLS BANK                           US SMALL BUSINESS                         US BANKRUPTCY COURT
1400 HIGHWAY 61 NORTH                     332 S MICHIGAN AVE  STE 600               THAD COCHRAN US COURTHOUSE
VICKSBURG  MS 39183-3413                  CHICAGO  IL 60604-4318                    501 E COURT STREET
                                                                                    SUITE 2300
                                                                                    JACKSON  MS 39201-5036




1STHERITAG                                ACCEPTANCENOW                             ADVANCED RECOVERY SYSTEMS
1651 ST MARY STREET                       ATTN BANKRUPTCY                           PO BOX 321472
THIBODAUX  LA 70301-6491                  5501 HEADQUARTERS DRIVE                   FLOWOOD  MS 39232-1472
                                          PLANO  TX 75024-5837




                                          EXCLUDE

ALLY CAPITAL                              (D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES  LLC   ALLY FINANCIAL
AIS PORTFOLIO SERVICES  LLC               4515 N SANTA FE AVE DEPT APS              ATTN BANKRUPTCY
4515 N SANTA FE AVE DEPT APS              OKLAHOMA CITY OK 73118-7901               PO BOX 380901
OKLAHOMA CITY  OK 73118-7901                                                        BLOOMINGTON  MN 55438-0901




                                          EXCLUDE

(P)AMERICAN HONDA FINANCE                 (D)(P)AMERICAN HONDA FINANCE              CAPITAL ONE
P O BOX 168088                            P O BOX 168088                            ATTN BNAKRUPTCY
IRVING TX 75016-8088                      IRVING TX 75016-8088                      PO BOX 30285
                                                                                    SALT LAKE CITY  UT 84130-0285




CAPITAL ONE  NA                           CHASE AUTO FINANCE                        DEPARTMENT OF TREASURY
BY AIS INFOSOURCE LP AS AGENT             ATTN BANKRUPTCY                           IRS
4515 N SANTA FE AVE                       PO BOX 901076                             PO BOX 7346
OKLAHOMA CITY  OK 73118-7901              FORT WORTH  TX 76101-2076                 PHILADELPHIA  PA 19101-7346




FIRST HERITAGE                            FORA FINANCIAL                            FORA FINANCIAL ASSET SECURITIZATION 2021  LL
2480 S FRONTAGE ROAD                      1385 BROADWAY 15TH FL                     CO AUBREY THRASHER  LLC
VICKSBURG  MS 39180-5251                  NEW YORK  NY 10018-6015                   3050 PEACHTREE ROAD NW  SUITE 240
                                                                                    ATLANTA  GA 30305-2212




(P)INTERNAL REVENUE SERVICE               IRS                                       JPMORGAN CHASE BANK  NA
CENTRALIZED INSOLVENCY OPERATIONS         CO US ATTORNEY                            NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 7346                               501 E COURT  STE 4430                     PO BOX 29505 AZ1-5757
PHILADELPHIA PA 19101-7346                JACKSON  MS 39201-5025                    PHOENIX  AZ 85038-9505




JOHN DEERE CONSTRUCTION  FORESTRY COMPANY (P)DEERE CREDIT SERVICES  INC             KUBOTA CREDIT CORP  USA
CO LES ALVIS                              ATTN LITIGATION  RECOVERY DEPARTMENT      ATTN BANKRUPTCY
PO BOX 1836                               PO BOX 6600                               PO BOX 2048
TUPELO  MS 38802-1836                     JOHNSTON IA 50131-6600                    GRAPEVINE  TX 76099
```

```
LES ALVIS  ESQ                          MS DEPT OF REVENUE                       MISSISSIPPI DEPARTMENT OF REVENUE
RILEY CALDWELL CORK  ALVIS PA           BANKRUPTCY SECTION                       BANKRUPTCY SECTION
FOR JOHN DEERE CONSTRUCTION  FORESTRY C PO BOX 22808                             PO BOX 22808
P O BOX 1836                            JACKSON  MS 39225-2808                   JACKSON  MS 39225-2808
TUPELO  MS 38802-1836



RIVER HILLS BANK                        RIVER HLS BK                             RIVERHILLS BANK
POST OFFICE BOX 608                     POB 608                                  LESLIE R SADLER
PORT GIBSON  MS 39150-0608              PORT GIBSON  MS 39150-0608               1612 MISSION 66  SUITE 1
                                                                                 VICKSBURG  MS 39180-3706



SBA                                     SBA                                      SMALL BUSINESS ADMINISTRATION
US ATTORNEY                             CO US AG                                 233 PEACHTREE ST  NE  STE 300
501 E COURT ST STE 44                   950 PENNSYLVANIA AVENW                   ATLANTA  GA 30303-1553
JACKSON  MS 39201-5022                  WASHINGTON  DC 20530-0009


                                                                                 EXCLUDE

TRANSWORLD SYSTEM INC                   (P)U S  SMALL BUSINESS ADMINISTRATION    UNITED STATES TRUSTEE
ATTN BANKRUPTCY                         ATTN BK NOTICES                          501 EAST COURT STREET
PO BOX 15520                            332 S MICHIGAN AVE SUITE 600             SUITE 6-430
WILMINGTON  DE 19850-5520               CHICAGO IL 60604-4318                    JACKSON  MS 39201-5022



WALTON LOGGING OF MS  LL                WELLS FARGOFURNITURE MARKETING GROUP     ALLISON W KILLEBREW
8197 OAK RIDGE RD                       ATTN BANKRUPTCY                          MCRANEY SANFORD KILLEBREW  PLLC
VICKSBURG  MS 39183-9529                PO BOX 10438 MAC F8235-02F               PO DRAWER 1397
                                        DES MOINES  IA 50306-0438                CLINTON  MS 39060-1397


                                        EXCLUDE                                  DEBTOR

GEORGE ADAM SANFORD                     HAROLD J BARKLEY T12 JR                  KEVIN ALTON WALTON
MCRANEY SANFORD KILLEBREW  PLLC         PO BOX 5069                              318 SHADY LANE
POST OFFICE DRAWER 1397                 JACKSON  MS 39296-5069                   VICKSBURG  MS 39180-5650
CLINTON  MS 39060-1397



EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```