

## INVOICE

Invoice # 8504
Date: 11/19/2025
Due On: 12/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Kevin Alton Walton

## 05848-Walton Kevin Alton

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 03/26/2025 | Introductory call to discuss taking over case once converted to chapter 12 | 0.50 | $0.00 | $0.00 |
| Service | KR | 03/31/2025 | Drafted Application to Employ; drafted internal message to TR re: review Application to Employ | 0.30 | $155.00 | $46.50 |
| Service | KR | 05/12/2025 | Reviewed and prepared the Application to Employ and the Affidavit for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/12/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application to Employ, Affidavit and the Propose Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | CO | 05/14/2025 | Incoming Call: Phone conference with Bankruptcy Court; Transferred to KR. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/15/2025 | Review Objection to POC and Response - message w/ Adam Sanford consenting to withdrawal of the objection | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/19/2025 | Review: 24-02317-JAW Order Regarding Objection to Claim Document# 77 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/19/2025 | Review: 24-02317-JAW Order on Motion To Dismiss Debtor Document# 78 | 0.10 | $360.00 | $36.00 |

| Service | TR | 05/19/2025 | Prepare proposed AO on motion to convert | 0.60 | $360.00 | $216.00 |
|---|---|---|---|---|---|---|
| Service | TR | 05/22/2025 | Revise Proposed AO on Motion to Convert at Les's request | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/29/2025 | Call w/ Justin Jones to discuss next steps | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/29/2025 | Call w/ client to discuss amending schedules | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/30/2025 | Kevin Walton Meeting to review schedules for amendments | 1.60 | $360.00 | $576.00 |
| Service | JAC | 06/02/2025 | Update Case, researched real property on delta compute systems | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/02/2025 | Research SSN in Lexis | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/04/2025 | Update Case | 1.00 | $360.00 | $360.00 |
| Service | CO | 06/05/2025 | Contact Debtor (Text/Email): Drafted text to debtor with their meeting of creditors date and time and requested the respond to schedule their in office apointment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/05/2025 | Review: 24-02317-JAW Meeting of Creditors Chapter 12 Document# 86 | 0.20 | $360.00 | $72.00 |
| Service | CO | 06/06/2025 | Call Debtor: Phone conference with debtor to schedule an appointment for him to speak with the attorney and requested he bring 2 years of tax returns and 3 months of bank statements to the appointment. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/06/2025 | Contact Debtor (Text/Email): Added in office appointment to firm calendar; drafted text to debtor with a list of documents to bring to his appointment. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/10/2025 | Review: 24-02317-JAW Order on Application to Employ Document# 88 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/10/2025 | Review through POCs, search all UCCs for filed, current ucc's. | 1.00 | $360.00 | $360.00 |
| Service | JC | 06/11/2025 | Call Debtor: Called debtor, left vm, sent text informing his 10:00 meeting is still on as planned but that TR has gone to the ER and may not be there the entirety of the meeting. | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/11/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | inquiring if he can reschedule his appointment scheduled for today for Friday; chat correspondence with JAC; reviewed calendar - TR is booked on Friday; drafted reply to debtor informing same and inquiring if he can come tomorrow at 10:00 or reschedule for next week. | | | |
| Service | JC | 06/11/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing he wants to schedule his appointment for tomorrow at 10:00 am; reviewed calendar and scheduled same; drafted reply to debtor. | 0.10 | $0.00 | $0.00 |
| Service | TR | 06/12/2025 | Meeting w/ client to review financials, schedules and make revisions - discuss plan payments | 1.40 | $360.00 | $504.00 |
| Service | JAC | 06/12/2025 | Update Case with signing appt notes | 0.30 | $360.00 | $108.00 |
| Service | TR | 06/12/2025 | Meeting w/ client to review and sign amended bankruptcy papers | 0.40 | $360.00 | $144.00 |
| Service | JAC | 06/12/2025 | Update and file amended schedules | 0.30 | $360.00 | $108.00 |
| Service | JAC | 06/12/2025 | draft notice of amended H & file w/the court | 0.30 | $360.00 | $108.00 |
| Service | JAC | 06/12/2025 | draft notice of amended schedules & file w/the court | 0.30 | $360.00 | $108.00 |
| Service | CO | 06/13/2025 | Contact Debtor (Text/Email): Drafted text to debtor asking if he gathered his tax returns. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/13/2025 | Outline Cash Collateral Motion for KR to prepare | 0.60 | $360.00 | $216.00 |
| Service | KR | 06/16/2025 | Draft Motion: Drafted Motion and Proposed Order Authorizing Use of Cash Collateral based on outline provided by the attorney | 0.70 | $155.00 | $108.50 |
| Service | KR | 06/16/2025 | Drafted email memo to TR re: review Motion to Approve Use of Cash Collateral | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/16/2025 | review & revise drafted motion prepared by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/16/2025 | Drafted email memo to JAC re: Motion for Use of Cash Collateral | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/16/2025 | Prepared the Motion for Approval the Use of Cash Collateral for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/16/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion, the Exhibit A and the Proposed Order to Approve Use of Cash Collateral for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/16/2025 | Reviewed and revised all ecf filings with correct docket event; created ecf folder; merged all ecf filings into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/18/2025 | Review: 24-02317-JAW Hearing Set Document# 97 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/18/2025 | Review: 24-02317-JAW Chapter 13 Trustee Final Report and Account Document# 98 | 0.10 | $360.00 | $36.00 |
| Service | CO | 06/24/2025 | Review and organize documents provided by debtor: Received email with 2023 and 2024 tax returns and organized in client's file | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/02/2025 | Contact Debtor (Text/Email): Reviewed email memo from GM with a message from the debtor requesting a call. Reviewed communications with client; drafted email to debtor with a list of documents needed for the meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/03/2025 | Call w/ client re: cash collateral hearing | 0.30 | $360.00 | $108.00 |
| Service | TR | 07/07/2025 | Call w/ Christy re: client's attendance at hearing | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/07/2025 | Call w/ client re: not needing to attend hearing | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/08/2025 | Attend Cash Collateral Hearing | 0.40 | $360.00 | $144.00 |
| Service | KR | 07/14/2025 | Incoming Call: Telephone conference with debtor about the Meeting of Creditors; he is unsure of what is needed; telephone conference with CO; she will call him back to inform him of what is needed for the Meeting after she reviews | 0.30 | $155.00 | $46.50 |
| Service | CO | 07/14/2025 | Call Debtor: Phone conference with debtor confirming receipt of the new list; he reviewed the list and stated that several of the requested information did not apply to him as he is not a farmer. Took notes of which | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | sections did not apply and discussed which documents he would send. | | | |
| Service | CO | 07/14/2025 | Review and organize documents provided by debtor: Reviewed and organized tax returns, bank and employee information provided by debtor for the meeting of creditors. Drafted a document with information provided by debtor and attached to email to trustee with 3 years of tax returns and 3 months of bank statements. | 1.00 | $100.00 | $100.00 |
| Service | TR | 07/15/2025 | 341 meeting | 0.40 | $360.00 | $144.00 |
| Service | TR | 07/15/2025 | Meeting w/ client to discuss operations, MORs and plan | 0.40 | $360.00 | $144.00 |
| Service | CO | 07/15/2025 | Contact Debtor (Text/Email): Drafted message to debtor through client portal with a monthly report to complete and return to us. Drafted text to debtor requesting he review the document and complete as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/16/2025 | Review POCs for Co-debtor concerns amounts/values - drafted initial plan calculation and notes on issues to resolve with creditor counsel | 0.90 | $360.00 | $324.00 |
| Service | CO | 07/16/2025 | Contact Debtor (Text/Email): Drafted email to debtor with the monthly report form and text the debtor requesting he review his email and confirm receipt. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/17/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | CO | 07/17/2025 | Contact Debtor (Text/Email): Reviewed communications with debtor for an update; found none. Called debtor and left a voice mail requesting he call and confirm receipt of my email and client portal message with a copy of the monthly report form. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/17/2025 | Phone conference with debtor to confirm receipt of the monthly report form. Debtor stated he would provide May's report tomorrow and June's report by Monday. | 0.10 | $100.00 | $10.00 |

Invoice # 8504 - 11/19/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 07/21/2025 | Contact Debtor (Text/Email): Reviewed email from debtor with their May monthly report and a request for feedback. Reviewed the report; Drafted email to debtor highlighting the sections where it asks for itemized lists and requested he provide them on a separate sheet of paper or mark that they do not apply to him. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/21/2025 | Contact Debtor (Text/Email): Drafted text to debtor asking if he received my email; debtor confirmed and stated he would work on it this evening. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/23/2025 | Contact Debtor (Text/Email): Drafted text to debtor asking for this June monthly report. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/24/2025 | Reviewed monthly operating reports provided by debtor; telephone conference with CO; drafted internal message to TR re: itemizations for monthly operating reports | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/24/2025 | Reviewed internal message from TR re: monthly operating reports; prepared the monthly operating reports for May and June 2025 for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/25/2025 | Email w/ Les re: releasing liens at the end of the bankruptcy/co-debtor issues | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/13/2025 | Draft outline of Motion to Extend Time and Proposed Ordre for KR to draft | 0.40 | $360.00 | $144.00 |
| Service | TR | 08/13/2025 | Review: Proof of Claim 24-02317-JAW RiverHills Bank Document # 13 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/13/2025 | Review: Proof of Claim 24-02317-JAW RiverHills Bank Document # 14 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/13/2025 | Review: Proof of Claim 24-02317-JAW Mississippi Department of Revenue Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/13/2025 | Review email from Attorney: Reviewed email memo from TR re: draft Motion to format; drafted Motion to Extend Time to File Chapter 12 Plan, Order and Notice to our format using draft from TR; drafted email | 0.50 | $155.00 | $77.50 |

Invoice # 8504 - 11/19/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | memo to TR re:review Motion |  |  |  |
| Service | CO | 08/14/2025 | Contact Debtor (Text/Email): Reviewed communications with debtor for their July monthly report; Drafted text to debtor asking for an update. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/14/2025 | Reviewed email memo from TR re: Motion to Extend Plan; prepared the Motion to Extend Plan and the Order for upload to the Court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/14/2025 | Review: 24-02317-JAW Order on Motion to Extend Time Document# 107 | 0.10 | $360.00 | $36.00 |
| Service | CO | 08/15/2025 | Contact Debtor (Text/Email): Reviewed communications with debtor for a copy of their monthly report; did not receive one. Text debtor asking for an update. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/15/2025 | Review and organize documents provided by debtor: Reviewed text from debtor stating he resent the monthly report form by email. Reviewed email and report. Converted file to PDF and organized in client's file. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/19/2025 | Drafted internal message to TR re: review Monthly Operating Report for July | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/19/2025 | Review July Operating Report | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/19/2025 | Review email from Attorney: Reviewed internal message from TR re: Monthly Operating Report; prepared the Monthly Operating Report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | CO | 09/16/2025 | Contact Debtor (Text/Email): Drafted text to debtor stating I did not receive his monthly report and requested he resend it. | 0.10 | $100.00 | $10.00 |
| Service | CO | 09/17/2025 | Call Debtor: Called debtor to request a signed copy of their August Monthly Operating Report; He stated he's been busy but will send it to us this evening. | 0.10 | $100.00 | $10.00 |
| Service | CO | 09/18/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with a photo of their | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | monthly report. Converted the image, added their name and case number, and organized in client's file. Drafted internal memo to TR to review. | | | |
| Service | KR | 09/19/2025 | Prepared the monthly operating report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/13/2025 | Draft Plan | 1.60 | $360.00 | $576.00 |
| Service | CO | 10/14/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting they submit their monthly report before October 20th. | 0.10 | $100.00 | $10.00 |
| Service | CO | 10/17/2025 | Call Debtor: Attempted to call debtor and could not leave a voicemail; drafted text to debtor requesting an update on his monthly report. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/20/2025 | Review and respond to email memo: Reviewed email memo from CO with the monthly operating report; reviewed report; drafted memo to CO about the monthly operating report showing for the month of August | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/21/2025 | Drafted memo to CO inquiring about the September Monthly Operating Report | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/21/2025 | Reviewed email memo from TR re: plan and certificate of service; drafted Certificate of Service; prepared the plan for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 10/21/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Certificate of Service with the Declaration of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/22/2025 | Review: 24-02317-JAW Order Setting, Resetting, or Continuing a Hearing Document# 113 | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/23/2025 | Review: 24-02317-JAW Trustee's Objection to Confirmation of Plan Document# 112 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/24/2025 | Incoming Call: Telephone call from debtor informing he received a letter from the trustee and wanted it explained to him; requested he e-mail it to KR for review; drafted e-mail to KR informing same. | 0.10 | $155.00 | $15.50 |

Invoice # 8504 - 11/19/2025

| Service | CO | 10/24/2025 | Reviewed email from debtor with a corrected monthly report; drafted memo to KR with the report and saved in clients file. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KR | 10/24/2025 | Incoming Call: Prepared the September Monthly Operating Report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | CO | 11/12/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting they provide their monthly report before the 15th. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/13/2025 | Review: 24-02317-JAW Statement of Corporate Ownership Document# 118 | 0.10 | $360.00 | $36.00 |
| Service | CO | 11/14/2025 | Reviewed email from debtor with a copy of their October operation report; organized in clients file and drafted internal memo to TR to review the report for filing. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/14/2025 | Reviewed email memo from CO re: monthly operating report; | 0.10 | $0.00 | $0.00 |
| Service | TR | 11/14/2025 | Review: 24-02317-JAW Objection to Confirmation of the Plan Document# 117 | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/17/2025 | Email w/ creditor re: objection to confirmation | 0.30 | $360.00 | $108.00 |
| Service | TR | 11/18/2025 | Review and Revise Itemizations | 0.30 | $360.00 | $108.00 |
| Service | CO | 11/19/2025 | Reviewed internal memo from TR approving the debtor's monthly report to be filed. Drafted email memo to KR. | 0.10 | $0.00 | $0.00 |
| Service | KR | 11/19/2025 | Reviewed and prepared the October Monthly Operating Report for upload to the court | 0.20 | $155.00 | $31.00 |
| | | | **Services Subtotal** | | | **$6,961.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/12/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $37.45 | $37.45 |
| Expense | 06/13/2025 | Postage: Mailed Notice of Amendment of Schedules H to Walton Logging of MS | 1.00 | $0.69 | $0.69 |
| Expense | 06/16/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $6.95 | $6.95 |

Invoice # 8504 - 11/19/2025

| | | | | | |
|---|---|---|---|---|---|
| Expense | 10/21/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $43.68 | $43.68 |
| | | | **Expenses Subtotal** | | **$88.77** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 4.3 | $360.00 | $1,548.00 |
| Thomas Rollins | Attorney | 12.2 | $360.00 | $4,392.00 |
| Thomas Rollins | Attorney | 0.5 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Jacki Curry | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 3.7 | $100.00 | $370.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 3.9 | $155.00 | $604.50 |
| Kerri Rodabough | Non-Attorney | 0.9 | $0.00 | $0.00 |
| | | | **Subtotal** | **$7,049.77** |
| | | | **Total** | **$7,049.77** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7754 | 04/24/2025 | $360.00 | $0.00 | $360.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8504 | 12/19/2025 | $7,049.77 | $0.00 | $7,049.77 |
| | | | **Outstanding Balance** | **$7,409.77** |
| | | | **Total Amount Outstanding** | **$7,409.77** |