**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 12 NO.:**

**KEVIN ALTON WALTON** **24 – 02317 – JAW**

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor is behind with plan payments in the amount of $11,613.56 through July 2026 and has a plan payment due in August 2026 in the amount of $59,001.16 that has not been received by the Trustee to date.

2. That, the Debtor should be current with all plan payments on or before hearing hereon or the case should be dismissed.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: August 21, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 12 TRUSTEE
POST OFFICE BOX 5069
JACKSON, MS 39296-5069
PHONE: 601/362-7153
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Kevin Alton Walton
318 Shady Lane
Vicksburg, MS 39180

Dated: August 21, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.