**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEVIN ALTON WALTON,** **CASE NO. 24-02317-JAW**

**DEBTOR.** **CHAPTER 12**

# ORDER SETTING HEARING OUT OF TIME

This matter came on the Court's *sua sponte* motion to set the Motion to Dismiss (Dkt. #127) for hearing outside the thirty (30) days set forth in 11 U.S.C. § 1112(b)(3). The Court finds that compelling circumstances prevent the Court from meeting the time limits established by that paragraph and, as such, the Court may set the Motion to Dismiss outside the thirty (30) day requirement. See § 1112(b)(3). The Court further finds that no parties are or will be prejudiced by the setting of the Motion to Dismiss outside the thirty (30) day requirement.

IT IS, THEREFORE, ORDERED that the hearing on the Motion to Dismiss hereby is set for September 21, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##