United States Bankruptcy Court
Southern District of Mississippi

In re: Kevin Alton Walton, Debtor — Case No. 24-02317-JAW, Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 3
Date Rcvd: Aug 21, 2026 | Form ID: pdf012 | Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Alton Walton, 318 Shady Lane, Vicksburg, MS 39180-5650 |
| cr | + | John Deere Construction & Forestry Company, c/o Les Alvis, P.O. Box 1836, 207 Court Street, Tupelo, MS 38804-3907 |
| cr | + | RiverHills Bank, 1400 Highway 61 North, Vicksburg, MS 39183-3413 |
| cr | + | US Small Business, 332 S. Michigan Ave., Ste 600, Chicago, IL 60604-4318 |
| 5439628 | | John Deere Construction & Forestry Company, c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |
| 5430257 | | Les Alvis, Esq., Riley Caldwell Cork & Alvis PA, For John Deere Construction & Forestry C, P. O. Box 1836, Tupelo, MS 38802-1836 |
| 5426720 | + | River Hills Bank, Post Office Box 608, Port Gibson, MS 39150-0608 |
| 5426721 | + | River Hls Bk, Pob 608, Port Gibson, MS 39150-0608 |
| 5541305 | + | RiverHills Bank, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |
| 5521762 | + | WALTON LOGGING OF MS, LL, 8197 OAK RIDGE RD, VICKSBURG, MS 39183-9529 |
| 5426726 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: hjb@hbarkley13.com | Aug 21 2026 19:54:00 | Harold J. Barkley, Jr., P.O. Box 4476, Jackson, MS 39296-4476 |
| 5426706 | + | Email/Text: bankruptcy@curo.com | Aug 21 2026 19:54:00 | 1stheritag, 1651 St Mary Street, Thibodaux, LA 70301-6491 |
| 5426710 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 21 2026 19:54:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 5428573 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 21 2026 19:54:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5426707 | + | Email/Text: bankruptcy@rentacenter.com | Aug 21 2026 19:54:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5426708 | + | Email/Text: sbridwell@arscollections.com | Aug 21 2026 19:54:00 | Advanced Recovery Systems, Po Box 321472, Flowood, MS 39232-1472 |
| 5428130 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 20:03:08 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5441227 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 20:03:08 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5426709 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 21 2026 19:54:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5426711 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 20:03:14 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
|---|---|---|---|---|
| 5433679 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 20:03:08 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5426712 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 20:03:14 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 5426718 | | Email/Text: litbkcourtmail@johndeere.com | Aug 21 2026 19:54:00 | John Deere Financial, PO Box 6600, Johnston, IA 50131-6600 |
| 5426715 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 19:54:00 | Department of Treasury, IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5426713 | + | Email/Text: bankruptcy@curo.com | Aug 21 2026 19:54:00 | First Heritage, 2480 S Frontage Road, Vicksburg, MS 39180-5251 |
| 5426714 | + | Email/Text: disclosures@forafinancial.com | Aug 21 2026 19:54:00 | Fora Financial, 1385 Broadway 15th Fl, New York, NY 10018-6015 |
| 5444144 | + | Email/Text: Bankruptcy@aubreythrasher.com | Aug 21 2026 19:54:00 | Fora Financial Asset Securitization 2021, LLC, c/o Aubrey Thrasher, LLC, 3050 Peachtree Road NW, Suite 240, Atlanta, GA 30305-2212 |
| 5426716 | + | Email/Text: ebone.woods@usdoj.gov | Aug 21 2026 19:54:00 | IRS, c/o US Attorney, 501 E Court, Ste 4.430, Jackson, MS 39201-5025 |
| 5439444 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 20:03:08 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 5426719 | ^ | MEBN | Aug 21 2026 19:53:18 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 5521761 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 21 2026 19:54:00 | MS DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 22808, JACKSON, MS 39225-2808 |
| 5537345 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 21 2026 19:54:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5426722 | + | Email/Text: ebone.woods@usdoj.gov | Aug 21 2026 19:54:00 | SBA, US Attorney, 501 E Court St Ste 4.4, Jackson, MS 39201-5022 |
| 5426723 | ^ | MEBN | Aug 21 2026 19:53:17 | SBA, c/o US AG, 950 Pennsylvania AveNW, Washington, DC 20530-0009 |
| 5426724 | ^ | MEBN | Aug 21 2026 19:53:30 | Small Business Administration, 233 Peachtree St., NE, Ste 300, Atlanta, GA 30303-1553 |
| 5426725 | | Email/Text: bankruptcydepartment@tsico.com | Aug 21 2026 19:54:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15520, Wilmington, DE 19850-5520 |
| 5438536 | | Email/Text: bankruptcynotices@sba.gov | Aug 21 2026 19:54:00 | U.S. Small Business Administration, 332 S. Michigan Avenue, Suite 600, Chicago IL 60604 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5426717 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, c/o Attorney General, 950 Pennsylvania Av NW, Washington, DC 20530-0001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Allison W. Killebrew | on behalf of Debtor Kevin Alton Walton allisonwkillebrew@gmail.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Andrew Roberts Norwood | on behalf of Creditor US Small Business drew.norwood@phelps.com shannon.king@phelps.com |
| George Adam Sanford | on behalf of Debtor Kevin Alton Walton adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;mcraney-sanford-killebrew-pllc@events.glade.ai |
| Harold J. Barkley T12, Jr | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Les Alvis | on behalf of Creditor John Deere Construction & Forestry Company lalvis@rccalaw.com lesalvis@comcast.net |
| Leslie R. Sadler | on behalf of Creditor RiverHills Bank lsadler@ellislawms.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kevin Alton Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 9

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEVIN ALTON WALTON,** **CASE NO. 24-02317-JAW**

**DEBTOR.** **CHAPTER 12**

**<u>ORDER SETTING HEARING OUT OF TIME</u>**

This matter came on the Court's *sua sponte* motion to set the Motion to Dismiss (Dkt. #127) for hearing outside the thirty (30) days set forth in 11 U.S.C. § 1112(b)(3). The Court finds that compelling circumstances prevent the Court from meeting the time limits established by that paragraph and, as such, the Court may set the Motion to Dismiss outside the thirty (30) day requirement. <u>See</u> § 1112(b)(3). The Court further finds that no parties are or will be prejudiced by the setting of the Motion to Dismiss outside the thirty (30) day requirement.

IT IS, THEREFORE, ORDERED that the hearing on the Motion to Dismiss hereby is set for September 21, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##