**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **KEVIN ALTON WALTON** | **24 – 02317 – JAW** |

## **ORDER**

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK # 127 ]; and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 5069
JACKSON, MS 39296-5069
PHONE: 601/362-7153
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM